**(Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**EXTENDED STAY INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**20-1087401** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**460 Park Avenue, 13th Floor**<br>**New York, NY**    ZIP CODE **10022** | Street Address of Joint Debtor (No. and Street, City, and State): **N/A**    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**New York, NY** | County of Residence or of the Principal Place of Business: **N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**    ZIP CODE | Mailing Address of Joint Debtor (if different from street address): **N/A**    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Hospitality/Hotel**

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**THIS SPACE IS FOR COURT USE ONLY**

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors (consolidated with affiliates)

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets (consolidated with affiliates)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities (consolidated with affiliates)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

(Official Form 1) (1/08)

FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **EXTENDED STAY INC.** |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
|---|---|---|
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **See Attached Schedule 1** | Case Number: **See Attached Schedule 1** | Date Filed: **See Attached Schedule 1** |
|---|---|---|
| District: **Southern District of New York** | Relationship: **Affiliates** | Judge: **Pending** |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

**N/A**

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b).

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(*Check all applicable boxes*)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

(Official Form 1) (1/08)

**FORM B1**, Page 3

**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**EXTENDED STAY INC.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Marcia L. Goldstein**
Signature of Attorney for Debtor(s)

**Marcia L. Goldstein, Esq.**
Printed Name of Attorney for Debtor(s)

**Weil, Gotshal & Manges LLP**
Firm Name

**767 Fifth Avenue**
Address

**New York, NY 10153**

**(212) 310-8000**
Telephone Number

**June 15, 2009**
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

x_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Teichman**
Signature of Authorized Individual

**Joseph Teichman**
Printed Name of Authorized Individual

**Secretary and General Counsel**
Title of Authorized Individual

**June 15, 2009**
Date

## Schedule 1 to Chapter 11 Petition

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court"). A motion has been filed or shortly will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and be jointly administered.

| DEBTOR NAME | CASE NUMBER | DATE FILED |
|---|---|---|
| Extended Stay Inc. | 09-_____( ) | June 15, 2009 |
| ESA P Portfolio L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA 2005 Portfolio L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA 2005-San Jose L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA 2005-Waltham L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Acquisition Properties L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Alaska L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Canada Properties Borrower L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA FL Properties L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA MD Borrower L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA MN Properties L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Portfolio MD Borrower L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Portfolio PA Properties L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Portfolio TXNC Properties L.P. | 09-_____( ) | June 15, 2009 |
| ESA PA Properties L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Properties L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA TX Properties L.P. | 09-_____( ) | June 15, 2009 |
| ESH/Homestead Portfolio L.L.C. | 09-_____( ) | June 15, 2009 |
| ESH/HV Properties L.L.C. | 09-_____( ) | June 15, 2009 |
| ESH/MSTX Property L.P. | 09-_____( ) | June 15, 2009 |
| ESH/TN Properties L.L.C. | 09-_____( ) | June 15, 2009 |
| ESH/TX Properties L.P. | 09-_____( ) | June 15, 2009 |
| ESH/Homestead Mezz L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Mezz L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Mezz L.L.C. | 09-_____( ) | June 15, 2009 |

| DEBTOR NAME | CASE NUMBER | DATE FILED |
|---|---|---|
| ESH/Homestead Mezz 2 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Mezz 2 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Mezz 2 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESH/Homestead Mezz 3 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Mezz 3 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Mezz 3 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESH/Homestead Mezz 4 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Mezz 4 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Mezz 4 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESH/Homestead Mezz 5 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Mezz 5 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Mezz 5 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESH/Homestead Mezz 6 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Mezz 6 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Mezz 6 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESH/Homestead Mezz 7 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Mezz 7 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Mezz 7 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESH/Homestead Mezz 8 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Mezz 8 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Mezz 8 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESH/Homestead Mezz 9 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Mezz 9 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Mezz 9 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESH/Homestead Mezz 10 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Mezz 10 L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Mezz 10 L.L.C. | 09-_____( ) | June 15, 2009 |
| Homestead Village L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA MD Beneficiary L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Portfolio MD Trust | 09-_____( ) | June 15, 2009 |
| ESA MD Properties Business Trust | 09-_____( ) | June 15, 2009 |

| DEBTOR NAME | CASE NUMBER | DATE FILED |
|---|---|---|
| ESA P Portfolio MD Beneficiary L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Canada Properties Trust | 09-_____( ) | June 15, 2009 |
| ESA Canada Trustee Inc. | 09-_____( ) | June 15, 2009 |
| ESA Canada Beneficiary Inc. | 09-_____( ) | June 15, 2009 |
| ESA UD Properties L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA 2007 Operating Lessee Inc. | 09-_____( ) | June 15, 2009 |
| ESA 2005 Operating Lessee Inc. | 09-_____( ) | June 15, 2009 |
| ESA Operating Lessee Inc. | 09-_____( ) | June 15, 2009 |
| ESA P Portfolio Operating Lessee Inc. | 09-_____( ) | June 15, 2009 |
| ESA Business Trust | 09-_____( ) | June 15, 2009 |
| ESA Management L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA P Portfolio Holdings L.L.C. | 09-_____( ) | June 15, 2009 |
| ESA Canada Operating Lessee Inc. | 09-_____( ) | June 15, 2009 |
| Extended Stay Hotels L.L.C. | 09-_____( ) | June 15, 2009 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                         :         **Chapter 11 Case No.**
:
**EXTENDED STAY INC.,**                               :         **09-_____(   )**
:
    **Debtor.**                                                 :
:
---------------------------------------------------------------x

# EXHIBIT C TO VOLUNTARY PETITION

　　1.　　Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

　　The Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety. To the extent the Debtor has an interest in such property, to the best of the Debtor's knowledge, the Debtor is in compliance with all applicable laws, including, without limitation, all environmental laws and regulations.

　　2.　　With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

　　The Debtor is not aware of any real or alleged dangerous conditions existing on or related to any real or personal property owned or possessed by the Debtor.

# **CERTIFICATE OF RESOLUTIONS**

I, Joseph Teichman, a duly authorized officer of Extended Stay Inc., a Delaware corporation (the "Company"), hereby certify that the Board of Directors of the Company on June 14, 2009, duly adopted the following resolutions in accordance with the requirements of Delaware General Corporation Law and that the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

RESOLVED, that, in our judgment, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

RESOLVED, that each of the President/Chairman, Chief Executive Officer, Secretary and General Counsel (each such officer or designee being an "Authorized Person" and all being the "Authorized Persons") are hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time or in such other jurisdiction as such Authorized Person executing the same shall determine.

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP is hereby engaged as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that the firm of Lazard Frères & Co. LLC is hereby engaged as financial advisors for the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to engage and retain all assistance by legal counsel, accountants, financial advisors, and other professionals in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such persons shall be or become necessary, proper and desirable to effectuate a successful reorganization of the business of the Company.

RESOLVED, that each Authorized Person be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to execute such consents of the Company, as such Authorized Person considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action.

RESOLVED, each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, as the case may be, to: (i) negotiate, execute, deliver and/or file any and all of the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as such officers deem appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as such officers may approve, together with such changes and amendments to any of the terms and conditions thereof as such officers may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such officers to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such officers deem appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby.

RESOLVED, that, any and all past actions heretofore taken by any Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, I have hereunto set my hand this 15th day of June, 2009.

   /s/ Joseph Teichman   
By:   Joseph Teichman
Title: Secretary

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                        :       Chapter 11 Case No.
                                                             :
**EXTENDED STAY INC.,**                                      :       09-_____(   )
                                                             :
      Debtor.                  :
                                                             :
---------------------------------------------------------------x

## 5 Largest Unsecured Claims (Excluding Insiders) [1]

      Pursuant to Local Bankruptcy Rule 1007-2(a)(4), the following lists the Debtors' five largest unsecured claims, on a consolidated basis, excluding claims of insiders as defined in 11 U.S.C. § 101.

| *(1)* <br> *Name of creditor and complete mailing address, including zip code* | *(2)* <br> *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *(3)* <br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | *(4)* <br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *(5)* <br> *Estimated amount of claim as of June 11, 2009 (if secured also state value of security)* |
|---|---|---|---|---|
| Manufacturers and Traders Trust Company <br> One M&T Plaza, <br> Buffalo, New York 14203 | Manufacturers and Traders Trust Company <br> One M&T Plaza <br> Buffalo, NY 14203 <br> <u>Attn.:</u> Russell T. Whitley <br> Tel.: (716) 842-5602 <br> Fax: (716) 842-4474 | 9 7/8% Senior Subordinated Notes due June 15, 2011 | | $8,542,538.09 |
| Thomson Property Tax Services <br> 33317 Treasury Center <br> Chicago, IL  60694-3300 | Thomson Property Tax Services <br> 33317 Treasury Center <br> Chicago, IL  60694-3300 | Professional Fees | | $208,418.00 |

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. All claims are subject to any customary offsets, discounts, reconciliations, credits, and adjustments, which are not reflected on this schedule.

As further detailed in the First Day Declaration, non-Debtor HVM L.L.C. manages the Extended Stay hotels and pays all property levels expenses, including payments to all employees and all service providers to the hotels.  HVM L.L.C. is not listed on this schedule because, for purposes hereof, it is treated as an insider of the Debtors.

| *(1)* *Name of creditor and complete mailing address, including zip code* | *(2)* *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *(3)* *Nature of claim (trade debt, bank loan, government contract, etc.)* | *(4)* *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *(5)* *Estimated amount of claim as of June 11, 2009 (if secured also state value of security)* |
|---|---|---|---|---|
| | Attn.: Chris Boyer<br>Tel.: (404) 942-6349<br>Fax: (404) 631-9051 | | | |
| Zurich North America<br>8745 Paysphere Circle<br>Chicago, IL  60674 | Zurich North America<br>8745 Paysphere Circle<br>Chicago, IL  60674<br>Attn: Joe Linkous<br>Tel.: (312) 496-9328<br>Fax: (312) 496-9030<br><br>Zurich Global Corporate Business<br>1818 Market Street, Philadelphia, PA  19103<br>Attn.: Victor Fioravante<br>Tel.: (215) 979-6645<br>Fax: (215) 979-6753 | Insurance | | $46,734.43 |
| Siver<br>9400 Fourth Street N<br>Suite 119<br>St. Petersburg, FL 33702 | Siver<br>9400 Fourth Street N<br>Suite 119<br>St. Petersburg, FL  33702<br>Attn: George Erickson<br>Tel.: (727) 577-2780<br>Fax: (727) 579-8692 | Professional Fees | | $19,690.42 |
| K C M<br>16905 Simpson Circle<br>Paeonian Springs, VA 20129 | K C M<br>16905 Simpson Circle<br>Paeonian Springs, VA 20129<br>Attn: Legal Dept.<br>Tel.: (540) 882-3100<br>Fax: (540) 882-3770 | Professional Fees | | $3,932.95 |

**DECLARATION UNDER PENALTY OF PERJURY:**

I, the undersigned authorized officer of Extended Stay Inc., named as the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing consolidated list of creditors holding the 5 largest unsecured claims against the Debtor and certain of its affiliates and that it is true and correct to the best of my information and belief.

Dated:  June 15, 2009

      /s/ Joseph Teichman
By:   Joseph Teichman
Title: Secretary

US_ACTIVE:\20961943\15\20961943_15.DOC\44287.0003

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re**                                                    :    **Chapter 11 Case No.**
                                                             :
**EXTENDED STAY INC.,**                                      :    **09-_____(   )**
                                                             :
           **Debtor.**                                       :
                                                             :
-------------------------------------------------------------x

# DECLARATION CONCERNING LIST OF CREDITORS[1]

    Contemporaneously herewith, the above-captioned debtor and its affiliated debtors (the "<u>Debtors</u>") have filed a motion requesting a waiver of the requirement for filing a list of creditors pursuant to sections 105(a), 342(a), and 521(a)(1) of chapter 11 of title 11 of the United States Code, Rules 1007(a)(1) and 2002(a), (f), and (l) of the Federal Rules of Bankruptcy Procedure, Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of New York, and General Orders M-133, M-137, M-138 and M-192 of the United States Bankruptcy Court for the Southern District of New York.  The Debtors propose to furnish their list of creditors to the proposed claims and noticing agent.  The Debtors have consulted with and received the approval of the Clerk of this Court to implement the foregoing procedures.

    The list of creditors will contain only those creditors whose names and addresses were maintained in the Debtors' consolidated database or were otherwise ascertainable by the Debtors prior to the commencement of the case.  The schedules of liabilities to be subsequently filed should be consulted for a list of the Debtors' creditors that is comprehensive and current as of the date of the commencement of the case.

Dated:  June 15, 2009

                         /s/ Joseph Teichman
                         By:    Joseph Teichman
                         Title: Secretary

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re**                                              :    Chapter 11 Case No.
                                                             :
**EXTENDED STAY INC.,**                      :    09-_____( )
                                                             :
        **Debtor.**                                   :
                                                             :
-------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
## RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

| Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Interests Held |
|---|---|---|
| BHAC Capital IV, L.L.C.<br>1985 Cedarbridge Ave<br>Lakewood, NJ 08701 | Common Stock | 100% |
| 90 Non-Affiliated Shareholders | Preferred Stock | 0% |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Extended Stay Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the "List of Equity Security Holders" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: June 15, 2009

                                                             /s/ Joseph Teichman
                                                            By:   Joseph Teichman
                                                            Title: Secretary

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
**In re**                                           :       **Chapter 11 Case No.**
                                                    :
**EXTENDED STAY INC.,**                             :       **09-_____ (   )**
                                                    :
    **Debtor.**                  :
                                                    :
-----------------------------------------------------------------x

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1) AND LOCAL RULE OF BANKRUPTCY PROCEDURE 1007-3

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, Extended Stay Inc., as debtor and debtor in possession (the "Debtor"), respectfully represents as follows:

1. BHAC Capital IV, L.L.C. owns 100% of the equity interests of the Debtor.

2. The Debtor does not directly or indirectly own 10% or more of any class of equity interests in any corporation whose securities are publicly traded.

### DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, the undersigned authorized officer of Extended Stay Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement of Extended Stay Inc. submitted herewith and that it is true and correct to the best of my information and belief.

Dated: June 15, 2009

                                                 /s/ Joseph Teichman
                                                By:   Joseph Teichman
                                                Title: Secretary