```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11
                                                           :
EXTENDED STAY INC., et al.,                                :
                                                           :    Case No. 09-13764(JMP)
                                                           :
                    Debtors.                               :    (Jointly Administered)
----------------------------------------------------------- x
```

**ORDER TO SHOW CAUSE TO SHORTEN NOTICE PERIOD FOR MOTION OF THE UNITED STATES TRUSTEE FOR THE APPOINTMENT OF AN EXAMINER PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE**

Upon the motion, dated July 30, 2009 (the "Examiner Motion") of the United States Trustee for the Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code, and upon the Declaration of Elisabetta G. Gasparini Pursuant to Local Rule 9077-1(a), dated July 30, 2009 (the "Declaration"), attesting to the necessity for relief by Order to Show Cause; and it appearing that no notice of this Order to Show Cause need be given, except as provided herein; and after due deliberation and sufficient cause appearing thereof, it is hereby;

ORDERED that a hearing (the "Hearing") to consider the Examiner Motion shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **August 12, 2009 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard; and it is further

ORDERED that objections and responses, if any, to the Examiner Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with

the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to the chambers of the Honorable James M. Peck), and shall be served upon: (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Paul Schwartzburg, Esq. and Elisabetta G. Gasparini, Esq., (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Marcia L. Goldstein, Esq., attorneys for the Debtors; (iii) the Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, Attn: Mark T. Power, Esq., attorneys for the Official Committee of Unsecured Creditors; so as to be filed and received by no later than **August 7, 2009 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

ORDERED that notice shall be given by sending a copy of this Order to Show Cause, the Motion, and the proposed order on the Motion, via regular mail on or before **July 31, 2009** on the parties attached hereto as Exhibit A.

Dated: New York, New York
July 30, 2009

    *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

Weil, Gotshal & Manges LLP
Attn:   Marcia L. Goldstein
        Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153

Hahn & Hessen
Attn: Mark T. Power
488 Madison Avenue
New York, New York 10022

Michael J. Riela
Keith A. Simon
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

Christopher F. Graham
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

Morrison & Foerster LLP
Attn: Brett Miller
1290 Avenue of the Americas
New York, New York 10104

Meister, Seelig & Fein
Attn:   Stuart Rich
        Stephen Meister
140 East 45th Street, 19th Floor
New York, NY 10017

Margot Schonholtz, Esq.  
Scott Talmadge, Esq.  
Nicholas J. Cremona, Esq.  
KAYE SCHOLER LLP  
425 Park Avenue  
New York, NY 10022  

Mark Thompson, Esq.  
Ken Ziman, Esq.  
Simpson Thacher & Bartlett LLP  
425 Lexington Avenue  
New York, NY 10017  

Cadwalader & Wickersham & Taft LLP  
Attn: Christopher Mirick  
One World Financial Center  
New York, NY 10281  

Sills Cummis & Gross PC  
Attn: Charles N. Panzer  
One Riverfront Plaza  
Newark, New Jersey 07102-5400  

Fried Frank Harris Shriver & Jacobson LLP  
Attn: Brad Eric Scheler  
One New York Plaza  
New York, NY 10004  

Schulte Roth & Zabel LLP  
Attn: Adam Harris, Esq.  
919 Third Avenue  
New York, NY 10022  

Cleary, Gottlieb, Steen & Hamilton  
Attn: Lindsee Granfield  
      Michael Weinberger  
One Liberty Plaza, 37th Floor  
New York, NY 10006  

KAYE SCHOLER LLP  
Attn: Jeannie Bionda  
      Louis Hait  
425 Park Avenue  
New York, NY 10022  

Sidley Austin LLP  
Attn: Robert L. Golub, Esq.  
787 Seventh Avenue  
New York, NY 10019  

Seyfarth Shaw LLP  
Attn: Mitchell Kaplan Esq.  
620 Eighth Avenue  
New York, NY 10018