UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11
                                                           :
EXTENDED STAY INC., *et al.*,                              :
                                                           :    Case No. 09-13764(JMP)
                                                           :
                              Debtors.                     :    (Jointly Administered)
----------------------------------------------------------- x

# NOTICE OF FURTHER ADJOURNMENT OF HEARING ON MOTION OF THE UNITED STATES TRUSTEE FOR THE APPOINTMENT OF AN EXAMINER PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that the hearing on the Motion of the United States Trustee pursuant to section 1104(c) of the Bankruptcy Code for the appointment of an examiner (the "Motion"), which was scheduled originally for August 12, 2009 at 10:00 a.m. and which was adjourned to September 10, 2009 at 10:00 a.m., **has been further adjourned to September 22, 2009 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to the chambers of the Honorable James M. Peck), and shall be served upon: (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Paul Schwartzberg, Esq. and Elisabetta G. Gasparini, Esq., (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Marcia L. Goldstein, Esq. and Jacqueline Marcus, Esq., attorneys for the Debtors; (iii) the Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, Attn: Mark T. Power, Esq., attorneys for the Official Committee of Unsecured Creditors; so as to be filed and received by no later than **September 16, 2009 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
August 12, 2009

             Respectfully submitted,

             DIANA G. ADAMS
             UNITED STATES TRUSTEE

             By: */s/ Elisabetta G. Gasparini*
             Elisabetta G. Gasparini
             Trial Attorney
             33 Whitehall Street, 21st Floor
             New York, New York 10004
             Tel. (212) 510-0500