UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                          :
In re                                     :         Chapter 11
                                          :
EXTENDED STAY INC., *et al.*,             :
                                          :         Case No. 09-13764(JMP)
                                          :
                    Debtors.              :         (Jointly Administered)
------------------------------------------------------------ x

# ORDER APPROVING APPOINTMENT OF EXAMINER

Upon the Application of the United States Trustee for Order Approving Appointment of Examiner, dated September 28, 2009; and it appearing that Ralph R. Mabey, a disinterested person within the meaning of 11 U.S.C. §101(14), has been appointed by the United States Trustee as examiner in the above-captioned reorganization cases of Extended Stay Inc. and its affiliated debtors in possession (collectively, "Extended Stay"), and after due deliberation and sufficient cause appearing thereof; it is hereby

ORDERED, that the appointment of Ralph R. Mabey, as examiner, is approved in the bankruptcy cases of Extended Stay, pursuant to 11 U.S.C. §1104(d).

Dated: New York, New York
       September 29, 2009

                                *s/ James M. Peck*
                                HONORABLE JAMES M. PECK
                                UNITED STATES BANKRUPTCY JUDGE