FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re: :
:
EXTENDED STAY, INC., et al. : Chapter 11
:
      Debtors. : Case No. 09-13764 (JMP)
:
: (Jointly Administered)
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Aaron S. Rothman, hereby certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I caused a true and correct copy of the Joint Objection of Cerberus Capital Management, L.P., Centerbridge Partners, L.P., and Houlihan Lokey Howard & Zukin, Inc. to the Application of the Official Committee of Unsecured Creditors Authorizing Discovery Pursuant to Bankruptcy Rules 2004 and 9016 to be served on the parties and by the service method or methods indicated on Exhibit A.

Dated: New York, New York
       October 2, 2009

                                        /s/ Aaron Rothman

                                        Aaron S. Rothman

**Exhibit A**

In re Extended Stay Inc., et al.
Served Via Electronic Mail:

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | TELEPHONE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Assistant Attorney General | John Mark Stern | Bankruptcy & Collections Division | PO Box 12548 | Austin | TX | 78711-2548 | 512-475-4868 | john.stern@oag.state.tx.us |
| Baker Botts LLP | | 910 Louisiana St | | Houston | TX | 77002-4995 | 713-229-1234 | lori.kujawski@bakerbotts.com |
| Brown Rudnick LLP | Andrew P Strehle | One Financial Center | | Boston | MA | 2111 | 617-856-8200 | astrehle@brownrudnick.com |
| Brown Rudnick LLP | Daniel J Saval & Edward S Weisfelner | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | dsaval@brownrudnick.com eweisfelner@brownrudnick.com |
| Cadwalader Wickersham & Taft LLP | Christopher R Mirick | One World Financial Center | | New York | NY | 10281 | 212-504-6000 | christopher.mirick@cwt.com |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg & Peter M Dodson | 1201 F St NW | | Washington | DC | 20004 | 202-862-2200 | mark.ellenberg@cwt.com peter.dodson@cwt.com |
| Cleary Gottlieb Steen & Hamilton | Michael Weinberger | One Liberty Plaza 37th Fl | | New York | NY | 10006 | 212 225 2092 | mweinberger@cgsh.com |
| Cleary Gottlieb Steen & Hamilton LLP | Lindsee P Granfield | One Liberty Plaza | | New York | NY | 10006 | 212-225-2000 | lgranfield@cgsh.com |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Sirota & David M Bass | 900 Third Ave 16th Fl | | New York | NY | 10022-4728 | | msirota@coleschotz.com dbass@coleschotz.com |
| County of Loudoun Virginia | Belkys Escobar Asst County Attny | One Harrison St SE 5th Fl MSC No 06 | | Leesburg | VA | 20175-3102 | 703-777-3119 | belkys.escobar@loudoun.gov |
| Debevoise & Plimpton LLP | Jasmine Powers & Joseph P Moodhe & Steven R Gross | 919 Third Ave | | New York | NY | 10022 | 212-909-6000 | jpowers@debevoise.com jpmoodhe@debevoise.com srgross@debevoise.com |
| Federal Reserve Bank of New York | Shari D Leventhal Asst GC and Senior VP | 33 Liberty St | | New York | NY | 10045-0001 | 212-720-5018 | esh.service@ny.frb.org |
| Foley & Lardner LLP | Harold L Kaplan & Mark F Hebbeln | 321 N Clark St Ste 2800 | | Chicago | IL | 60654-5313 | 312-832-4500 | hkaplan@foley.com mhebbeln@foley.com |
| Foley & Lardner LLP | Olya Petukhova | 90 Park Ave 36th Fl | | New York | NY | 10016 | 212-682-7474 | opetukhova@foley.com |
| Hahn & Hessen LLP | Mark S Indelicato & Mark T Power & Gilbert Bankenroth | 488 Madison Ave 15th Fl | | New York | NY | 10022 | 212-478-7200 | mindelicato@hahnhessen.com mpower@hahnhessen.com gbackenroth@hahnhessen.com |
| Kaye Scholer LLP | Jeannie Bionda & Louis Hait | 425 Park Ave | | New York | NY | 10022 | 212-836-8607 | jbionda@kayescholer.com lhait@kayescholer.com |
| Kaye Scholer LLP | Margot Schonholtz & Scott Talmadge & Nicholas J Cremona | 425 Park Ave | | New York | NY | 10022 | 212-836-8000 | mschonholtz@kayescholer.com stalmadge@kayescholer.com ncremona@kayescholer.com |
| Latham & Watkins LLP | Keith A Simon | 885 Third Ave | | New York | NY | 10022 | 212-906-1200 | keith.simon@lw.com |
| Latham & Watkins LLP | Mitchell A Seider & Michael J Riela | 885 Third Ave | | New York | NY | 10022 | | mitchell.seider@lw.com michael.riela@lw.com |
| Law Offices of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | 214-521-8000 | sheehan@txschoollaw.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | 2700 Via Fortuna Dr Ste 400 The Terrace II | PO Box 17428 | Austin | TX | 78760-7428 | 512-447-6675 | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | 214-880-0089 | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | 713-844-3478 | houston_bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 | 210-225-6763 | sanantonio.bankruptcy@publicans.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 | 512-323-3200 | mreed@mvbalaw.com |
| McKenna Long & Aldridge LLP | Christopher F Graham & Jessica H Mayes | 230 Park Ave Ste 1700 | | New York | NY | 10169 | 212-905-8300 | cgraham@mckennalong.com jmayes@mckennalong.com |
| McKenna Long & Aldridge LLP | Christopher F Graham | 230 Park Ave | | New York | NY | 10169-0005 | 212-905-8328 | cgraham@mckennalong.com |
| McKenna Long & Aldridge LLP | Daniel J Carrigan | 1900 K St NW | | Washington | DC | 20006-1108 | 202-496-7436 | dcarrigan@mckennalong.com |
| McKenna Long & Aldridge LLP | Gary W Marsh | 303 Peachtree St NE Ste 5300 | | Atlanta | GA | 30308-3265 | 404-527-4150 | gmarsh@mckennalong.com |
| McKenna Long & Alridge LLP | Gary W Marsh & Christopher F Graham & Patrick M McGeehan | 303 Peachtree St Ste 5300 | | Atlanta | GA | 30308 | | gmarsh@mckennalong.com cgraham@mckennalong.com pmcgeehan@mckennalong.com |
| Meister Seelig & Fein LLP | Stephen B Meister & Stuart I Rich & Lawrence F Morrison | 140 E 45th St 19th Fl | | New York | NY | 10017 | 212-655-3590 | sbm@msf-law.com sir@msf-law.com lfm@msf-law.com |
| Missouri Department of Revenue | Steven A Ginther | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | 573-751-5531 | sdnyecf@dor.mo.gov |
| Morrison & Foerster LLP | Brett H Miller & Jeffrey J Temple & Todd M Goren | 1290 Avenue of the Americas | | New York | NY | 10104 | 212-468-8000 | BMiller@mofo.com JTemple@mofo.com TGoren@mofo.com |
| Office of the US Trustee for Southern District of New York | Paul Schwartzberg | 33 Whitehall St 21st Fl | | New York | NY | 10004 | 212-510-0500 | Paul.Schwartzberg@usdoj.gov |
| Perdue Brandon Fielder Collins & Mott LLP | co Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | 817-461-3344 | arlbank@pbfcm.com |
| Riddell Williams PS | Maria A Milano & Joseph E Shickich Jr | 1001 4th Ave Ste 4500 | | Seattle | WA | 98154 | 206-624-3600 | jshickich@riddellwilliams.com mmilano@riddellwilliams.com |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | Romero@mromerolawfirm.com |
| Schulte Roth & Zabel LLP | Adam Harris | 919 Third Ave | | New York | NY | 10022 | 212-756-2253 | adam.harris@srz.com |

In re Extended Stay Inc., et al.
Served Via Electronic Mail:

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | TELEPHONE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Securities Exchange Commission | Alan Maza | 3 World Financial Ctr Ste 400 | | New York | NY | 10281-1022 | 212-336-1100<br>212-336-1020 | MAZAA@SEC.GOV |
| Seyfarth Shaw LLP | Mitchell Kaplan | 620 Eighth Ave | | New York | NY | 10018 | 212-218-5587 | mkaplan@seyfarth.com |
| Seyfarth Shaw LLP | Robert Dremluk | | | | | | | rdremluk@seyfarth.com |
| Sidley Austin LLP | Michael G Burke | 787 Seventh Ave | | New York | NY | 10019 | 212-839-6742 | mgburke@sidley.com |
| Sills Cummis & Gross PC | Charles N Panzer | One Riverfront Plaza | | Newark | NJ | 07102-5400 | 973-643-7000 | cpanzer@sillscummis.com |
| Simpson Thacher & Bartlett LLP | Mark Thompson and Ken Ziman | 425 Lexington Ave | | New York | NY | 10017 | 212-455-2000 | mthompson@stblaw.com<br>kziman@stblaw.com |
| US Attorney General | US Department of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | 202-514-2000 | askdoj@usdoj.gov |
| US Department of Justice | | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | 202-353-1555 | askdoj@usdoj.gov |
| Wachovia Real Estate Services | Tracey Orcutt VP Cash Mngmt | 201 S College St | NC1067 8th Fl | Charlotte | NC | 28288-1067 | 704-715-2147 | tracey.orcutt@wachovia.com |
| Wachovia Securities | Mike Benner VP & David Potier VP | 201 S College St | NC1075 | Charlotte | NC | 28288 | 704-715-4524<br>704-715-2934 | michael.benner@wachovia.com<br>david.potier@wachovia.com |
| Wells Fargo Bank Corporate Trust Services | Greg Modesto Securities Analyst | 7080 Samuel Morse Dr | | Columbia | MD | 21046 | 410-884-2345 | Gregory.T.Modesto@wellsfargo.com |
| Wells Fargo Corporate Trust Services | Kevin Trogdon | 9062 Old Annapolis Rd | MAC N2702-011 | Columbia | MD | 21045-1951 | 410-884-2288 | kevin.w.trogdon@wellsfargo.com |
| Zagrans Guffey LLP | Eric H Zagrans | 474 Overbrook Rd | | Elyria | OH | 44035 | 440-452-7100 | eric@zagrans.com |

Served Via Overnight:

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| County Attorney for Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Fort Lauderdale | FL | 33301 |
| Extended Stay Inc | | 460 Park Ave 13th Fl | | New York | NY | 10022 |
| Extended Stay Inc | c o HVM LLC | 100 Dunbar St | | Spartanburg | SC | 29306 |
| Hospitality F LLC | Attn Sam Weiss Member | c o Greenberg Nicoletta & Stein | 370 Lexington Ave | New York | NY | 10017 |
| Internal Revenue Service | Centralized Insolvency Operation | 11601 Roosevelt Blvd | Mail Drop N781 | Philadelphia | PA | 19255-0002 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 21126 | | Philadelphia | PA | 19114-0326 |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | 903 N Opdyke Rd Ste C | | Auburn Hills | MI | 48326 |
| Kurtzman Carson Consultants | Chris Schepper | 2335 Alaska Ave | | El Segundo | CA | 90245 |
| Litton Loan Servicing LP | | PO Box 829009 | | Dallas | TX | 75382-9009 |
| Municipality of Anchorage Department of Law | | PO Box 196650 | | Anchorage | AK | 99519-6650 |
| Pima County Attorney Civil Division | Terri A Roberts and German Yusufov | 32 N Stone Ave Ste 2100 | | Tucson | AZ | 85701 |
| Post & Schell PC | Brian W Bisignani | 17 N 2nd St 12th Fl | | Harrisburg | PA | 17101-1601 |
| Securities Exchange Commission | Attn General Counsel | 100 F St NE | | Washington | DC | 20549 |
| Weil Gotshal & Manges LLP | Marcia L Goldstein & Jacqueline Marcus | 767 Fifth Ave | | New York | NY | 10153 |

Served Via Hand Delivery:

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| US Department of Justice SDNY | | 86 Chambers St | | New York | NY | 10007 |
| US Bankruptcy Ct Southern Dist of NY | Attn Honorable Judge James M Peck | One Bowling Green | US Custom House | New York | NY | 10004 |