WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007
Marcia L. Goldstein
Jacqueline Marcus

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
In re                                                        :        Chapter 11 Case No.
                                                             :
EXTENDED STAY INC., et al.,                                  :        09-13764 (JMP)
                                                             :
                   Debtors.¹                                 :        (Jointly Administered)
                                                             :
-------------------------------------------------------------x
```

**AMENDED AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 28, 2009 AT 10:00 A.M. (EASTERN TIME)**

| | |
|---|---|
| **Location of Hearing:** | The Honorable James M. Peck<br>United States Bankruptcy Judge, One Bowling Green, Room 601<br>New York, New York 10004 |
| **Copies of Motions:** | A copy of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at One Bowling Green, New York, New York  10004, or (iii) from the Debtors' website maintained by their notice and claims agent, Kurtzman Carson Consultants LLC, at www.kccllc.net/extendedstay.<br><br>Please note that a PACER password is needed to access documents on the Court's website. |

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as "Exhibit A."

## I.     UNCONTESTED MATTER

1.      Motion for Order Authorizing Use of Cash Collateral for Payments Regarding HVM LLC Incentive Program **[Docket No. 487]**

Response Deadline:     October 23, 2009 at 4:00 p.m.
Extended to October 26, 2009 at 6:00 p.m. for Creditors' Committee

Responses Filed/Received:

A.      Objection of the United States Trustee to Debtors' Motion for Order Authorizing Use of Cash Collateral for Payments Regarding HVM LLC Incentive Program **[Docket No. 502]**

B.      Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Order Authorizing Use of Cash Collateral for Payments Regarding HVM LLC Incentive Program **[Docket No. 530]**

**C.      Declaration in Support of Creditors' Committee Objection to Debtors' Motion for Order Authorizing Use of Cash Collateral for Payments Regarding HVM LLC Incentive Program [Docket No. 534]**

**D.      Debtors' Omnibus Reply to Objections To Debtors' Motion for Order Authorizing Use of Cash Collateral for Payments Regarding HVM LLC Incentive Program [Docket No. 537]**

Related Documents:

A.      Debtors' Supplement to Motion for Order Authorizing Use of Cash Collateral for Payments Regarding HVM LLC Incentive Program **[Docket No. 532]**

**B.** **Declaration of Peyton H. Owen, Jr. Regarding Debtors' Motion for Order Authorizing Use of Cash Collateral for Payments Regarding HVM LLC Incentive Plan [Docket No. 535]**

<u>Status</u>: **This matter has been partially resolved and an order will be presented at the hearing. With respect to the balance of the relief requested, this matter shall be adjourned to November 12, 2009.**

Dated: October 27, 2009
New York, New York

/s/ Jacqueline Marcus
Marcia L. Goldstein
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| Extended Stay Inc. | 7401 |
| ESA P Portfolio L.L.C.<br>f/k/a BRE/ESA P Portfolio L.L.C. | 7190 |
| ESA 2005 Portfolio L.L.C.<br>f/k/a BRE/ESA 2005 Portfolio L.L.C. | 8617 |
| ESA 2005-San Jose L.L.C.<br>f/k/a BRE/ESA 2005-San Jose L.L.C. | 1317 |
| ESA 2005-Waltham L.L.C.<br>f/k/a BRE/ESA 2005-Waltham L.L.C. | 1418 |
| ESA Acquisition Properties L.L.C.<br>f/k/a BRE/ESA Acquisition Properties L.L.C. | 8149 |
| ESA Alaska L.L.C.<br>f/k/a BRE/ESA Alaska L.L.C. | 8213 |
| ESA Canada Properties Borrower L.L.C.<br>f/k/a BRE/ESA Canada Properties Borrower L.L.C. | 7476 |
| ESA FL Properties L.L.C.<br>f/k/a BRE/ESA FL Properties L.L.C. | 7687 |
| ESA MD Borrower L.L.C.<br>f/k/a BRE/ESA MD Borrower L.L.C. | 8839 |
| ESA MN Properties L.L.C.<br>f/k/a BRE/ESA MN Properties L.L.C. | 0648 |
| ESA P Portfolio MD Borrower L.L.C.<br>f/k/a BRE/ESA P Portfolio MD Borrower L.L.C. | 7448 |
| ESA P Portfolio PA Properties L.L.C.<br>f/k/a BRE/ESA P Portfolio PA Properties L.L.C. | 6306 |
| ESA P Portfolio TXNC Properties L.P.<br>f/k/a BRE/ESA P Portfolio TXNC Properties L.P. | 7378 |
| ESA PA Properties L.L.C.<br>f/k/a BRE/ESA PA Properties L.L.C. | 7652 |
| ESA Properties L.L.C.<br>f/k/a BRE/ESA Properties L.L.C. | 1249 |
| ESA TX Properties L.P.<br>f/k/a BRE/ESA TX Properties L.P. | 1295 |
| ESH/Homestead Portfolio L.L.C.<br>f/k/a BRE/Homestead Portfolio L.L.C. | 9049 |
| ESH/HV Properties L.L.C.<br>f/k/a BRE/HV Properties L.L.C. | 8927 |
| ESH/MSTX Property L.P.<br>f/k/a BRE/MSTX Property L.P. | 5862 |
| ESH/TN Properties L.L.C.<br>f/k/a BRE/TN Properties L.L.C. | 5781 |
| ESH/TX Properties L.P.<br>f/k/a BRE/TX Properties L.P. | 6964 |
| ESH/Homestead Mezz L.L.C. | 9883 |

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| f/k/a BRE/Homestead Mezz L.L.C. | |
| ESA P Mezz L.L.C. f/k/a BRE/ESA P Mezz L.L.C. | 7467 |
| ESA Mezz L.L.C. f/k/a BRE/ESA Mezz L.L.C. | 0767 |
| ESH/Homestead Mezz 2 L.L.C. f/k/a BRE/Homestead Mezz 2 L.L.C. | 9903 |
| ESA P Mezz 2 L.L.C. f/k/a BRE/ESA P Mezz 2 L.L.C. | 7480 |
| ESA Mezz 2 L.L.C. f/k/a BRE/ESA Mezz 2 L.L.C. | 0866 |
| ESH/Homestead Mezz 3 L.L.C. f/k/a BRE/Homestead Mezz 3 L.L.C. | 9936 |
| ESA P Mezz 3 L.L.C. f/k/a BRE/ESA P Mezz 3 L.L.C. | 8977 |
| ESA Mezz 3 L.L.C. f/k/a BRE/ESA Mezz 3 L.L.C. | 0929 |
| ESH/Homestead Mezz 4 L.L.C. f/k/a BRE/Homestead Mezz 4 L.L.C. | 9953 |
| ESA P Mezz 4 L.L.C. f/k/a BRE/ESA P Mezz 4 L.L.C. | 8997 |
| ESA Mezz 4 L.L.C. f/k/a BRE/ESA Mezz 4 L.L.C. | 0964 |
| ESH/Homestead Mezz 5 L.L.C. f/k/a BRE/Homestead Mezz 5 L.L.C. | 9613 |
| ESA P Mezz 5 L.L.C. f/k/a BRE/ESA P Mezz 5 L.L.C. | 9186 |
| ESA Mezz 5 L.L.C. f/k/a BRE/ESA Mezz 5 L.L.C. | 1006 |
| ESH/Homestead Mezz 6 L.L.C. f/k/a BRE/Homestead Mezz 6 L.L.C. | 9667 |
| ESA P Mezz 6 L.L.C. f/k/a BRE/ESA P Mezz 6 L.L.C. | 9247 |
| ESA Mezz 6 L.L.C. f/k/a BRE/ESA Mezz 6 L.L.C. | 8995 |
| ESH/Homestead Mezz 7 L.L.C. f/k/a BRE/Homestead Mezz 7 L.L.C. | 9722 |
| ESA P Mezz 7 L.L.C. f/k/a BRE/ESA P Mezz 7 L.L.C. | 9349 |
| ESA Mezz 7 L.L.C. f/k/a BRE/ESA Mezz 7 L.L.C. | 9065 |
| ESH/Homestead Mezz 8 L.L.C. f/k/a BRE/Homestead Mezz 8 L.L.C. | 9779 |
| ESA P Mezz 8 L.L.C. | 9402 |
| ESA Mezz 8 L.L.C. f/k/a BRE/ESA Mezz 8 L.L.C. | 9117 |
| ESH/Homestead Mezz 9 L.L.C. f/k/a BRE/Homestead Mezz 9 L.L.C. | 1011 |

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| ESA P Mezz 9 L.L.C. | 0281 |
| ESA Mezz 9 L.L.C. | 0923 |
| ESH/Homestead Mezz 10 L.L.C. f/k/a BRE/Homestead Mezz 10 L.L.C. | 1063 |
| ESA P Mezz 10 L.L.C. | 0224 |
| ESA Mezz 10 L.L.C. | 0175 |
| Homestead Village L.L.C. f/k/a BRE/Homestead Village L.L.C. | 8930 |
| ESA MD Beneficiary L.L.C. f/k/a BRE/ESA MD Beneficiary L.L.C. | 7038 |
| ESA P Portfolio MD Trust f/k/a BRE/ESA P Portfolio MD Trust | 8258 |
| ESA MD Properties Business Trust f/k/a BRE/ESA MD Properties Business Trust | 6992 |
| ESA P Portfolio MD Beneficiary L.L.C. f/k/a BRE/ESA P Portfolio MD Beneficiary L.L.C. | 8432 |
| ESA Canada Properties Trust f/k/a BRE/ESA Canada Properties Trust | 2314 |
| ESA Canada Trustee Inc. f/k/a BRE/ESA Canada Trustee Inc. | 2861 |
| ESA Canada Beneficiary Inc. f/k/a BRE/ESA Canada Beneficiary Inc. | 7543 |
| ESA UD Properties L.L.C. | 7075 |
| ESA 2007 Operating Lessee Inc. f/k/a BRE/ESA 2007 Operating Lessee Inc. | 9408 |
| ESA 2005 Operating Lessee Inc. f/k/a BRE/ESA 2005 Operating Lessee Inc. | 8471 |
| ESA Operating Lessee Inc. f/k/a BRE/ESA Operating Lessee Inc. | 4369 |
| ESA P Portfolio Operating Lessee Inc. f/k/a BRE/ESA P Portfolio Operating Lessee Inc. | 7433 |
| ESA Business Trust f/k/a BRE/ESA Business Trust | 8078 |
| ESA Management L.L.C. | 9101 |
| ESA P Portfolio Holdings L.L.C. f/k/a BRE/ESA P Portfolio Holdings L.L.C. | 8432 |
| ESA Canada Operating Lessee Inc. f/k/a BRE/ESA Canada Operating Lessee Inc. | 8838 |
| Extended Stay Hotels L.L.C. | 7438 |