WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Marcia L. Goldstein
Jacqueline Marcus

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **EXTENDED STAY INC., <u>et al.</u>,** | : | 09-13764 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **ESH/MSTX GP L.L.C.,** | : | 10-10807 (JMP) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **ESH/TXGP L.L.C.,** | : | 10-10808 (JMP) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

---------------------------------------------------------------x

```
-----------------------------------------------------------x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
ESA TXGP L.L.C.,                            :        10-10806 (JMP)
                                            :
                Debtor.                     :
                                            :
                                            :
-----------------------------------------------------------x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
ESA P Portfolio TXNC GP L.L.C.,             :        10-10805 (JMP)
                                            :
                Debtor.                     :
                                            :
                                            :
-----------------------------------------------------------x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
ESH/TN Member Inc.,                         :        10-10809 (JMP)
                                            :
                Debtor.                     :
                                            :
                                            :
-----------------------------------------------------------x
```

### NOTICE OF MOTION OF DEBTORS
### FOR AN EXTENSION OF TIME TO FILE
### <u>DISCLOSURE STATEMENT PERTAINING TO THE PLAN OF REORGANIZATION</u>

PLEASE TAKE NOTICE that a hearing on the annexed motion (the "<u>Motion</u>") of

Extended Stay Inc. and its debtor affiliates, as debtors and debtors in possession in the above-

captioned chapter 11 cases (collectively the "<u>Debtors</u>"), for an extension of time to file a

disclosure statement for the Plan of Reorganization, filed contemporaneously herewith, as more

fully described in the Motion, will be held before the Honorable James M. Peck, United States

Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House,

Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **March 16, 2010 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to the chambers of the Honorable James M. Peck), and shall be served upon: (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Marcia L. Goldstein, Esq. and Jacqueline Marcus, Esq., attorneys for the Debtor; (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Paul Schwartzberg, Esq.; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, Attn: Mark T. Power, Esq., Mark S. Indelicato, Esq. and Christopher Jarvinen, Esq., attorneys for the Official Committee of Unsecured Creditors; and (iv) McKenna Long & Aldridge LLP, 303 Peachtree Street, NE Suite 5300, Atlanta, GA 30308, Attn: Gary W. Marsh, Esq., and Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Mitchell Seider, Esq. and Keith Simon, Esq., attorneys for the Special Servicer and the Successor Trustee, **so as to be filed and actually received no later than March 11, 2010 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: February 19, 2010
New York, New York

/s/ Jacqueline Marcus
Marcia L. Goldstein
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Marcia L. Goldstein
Jacqueline Marcus

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **EXTENDED STAY INC., et al.,** | : | **09-13764 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

--------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **ESH/MSTX GP L.L.C.,** | : | **10-10807 (JMP)** |
| | : | |
| **Debtor.** | : | |
| | : | |
| | : | |

--------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **ESH/TXGP L.L.C.,** | : | **10-10808 (JMP)** |
| | : | |
| **Debtor.** | : | |
| | : | |
| | : | |

--------------------------------------------------------------x

```
------------------------------------------------------x
                                               :
In re                                          :        Chapter 11 Case No.
                                               :
ESA TXGP L.L.C.,                               :        10-10806 (JMP)
                                               :
                Debtor.                        :
                                               :
                                               :
------------------------------------------------------x
                                               :
In re                                          :        Chapter 11 Case No.
                                               :
ESA P Portfolio TXNC GP L.L.C.,                :        10-10805 (JMP)
                                               :
                Debtor.                        :
                                               :
                                               :
------------------------------------------------------x
                                               :
In re                                          :        Chapter 11 Case No.
                                               :
ESH/TN Member Inc.,                            :        10-10809 (JMP)
                                               :
                Debtor.                        :
                                               :
                                               :
------------------------------------------------------x
```

## MOTION OF DEBTORS
## FOR AN EXTENSION OF TIME TO FILE
## <u>DISCLOSURE STATEMENT PERTAINING TO THE PLAN OF REORGANIZATION</u>

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Extended Stay Inc. and its debtor affiliates, as debtors and debtors in possession

in the above-captioned chapter 11 cases (collectively, "<u>Extended Stay</u>" or the "<u>Debtors</u>"),[1]

submit this motion (the "<u>Motion</u>") and respectfully represent:

---

[1] A list of the Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number, is attached hereto as "<u>Exhibit A</u>."  This list includes the additional debtors  which filed for relief on February 18, 2010.

**Background**

1.      Each of the Debtors commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on either June 15, 2009, or February 18, 2010 (as applicable, the "Commencement Date").  Other than the cases of the additional Debtors filed on February 18, 2010, the Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  A motion seeking joint administration of the chapter 11 cases of the subsequently filed debtors with the original debtors will be filed shortly.  The Debtors are authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On June 19, 2009, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").  On September 28, 2009, Ralph R. Mabey was appointed examiner in these chapter 11 cases (the "Examiner") and by order dated September 29, 2009, the Court approved the appointment of the Examiner.

**Extended Stay's Business**

3.      Extended Stay is the largest owner and operator of mid-price extended stay hotels in the United States, holding one of the most geographically diverse portfolios in the lodging sector with properties located across 44 states and two provinces in Canada.  Extended Stay's portfolio encompasses over 666 properties, consisting of hotels directly owned or leased by Extended Stay or one of its affiliates.  Extended Stay currently operates five hotel brands: (i) Crossland Economy Studios, (ii) Extended Stay America, (iii) Extended Stay Deluxe, (iv)

Homestead Studio Suites, and (v) StudioPLUS Deluxe Studios, each designed to appeal to value-conscious customers at different price points in their respective markets, and offering Extended Stay guests a range of amenities and services.

4.   Extended Stay's business model is a hybrid between a hotel and an apartment, as it provides value-conscious guests seeking longer-term accommodations with an affordable, attractive alternative to traditional hotels and apartments.  Extended Stay achieves lower operating costs than traditional hotels, which provide higher service levels such as room service and daily maid service, by eliminating these services and other amenities in exchange for a lower per night price and a fully equipped kitchen, cable TV, and wireless internet access in each of its available rooms, in addition to on site laundry facilities.  Typical Extended Stay guests include government and business travelers, people on temporary work assignments or training programs, individuals relocating or purchasing a home and individuals with other short-term housing needs.

5.   All Extended Stay hotels are managed by HVM L.L.C. ("HVM"), an entity that is affiliated with, but not owned by, the Extended Stay family of companies.  HVM, on behalf of Extended Stay, pays all property level expenses of the hotels, contracts with service providers and purchases all goods and materials utilized in the operation of the business.  HVM employs approximately 9,000 employees in connection with the operation of the hotels at any given point in time.

<u>**Jurisdiction and Venue**</u>

6.   This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**The Plan of Reorganization**

7.      Since the Commencement Date, negotiations regarding a chapter 11 plan of reorganization have been ongoing.  The Debtors have participated in numerous discussions and negotiations with various parties in interest, regarding, among other things, the de-leveraging of the Debtors' debt structure, the business and economic points of a proposed reorganization and the mechanics and structure of the terms of a proposed plan.  The Debtors set forth on "Exhibit B" annexed hereto (the "Plan Debtors") and Centerbridge Partners, L.P. ("Centerbridge") and Paulson & Co. Inc. ("Paulson," together with Centerbridge, the "Investors") have agreed on the terms of a proposed plan of reorganization (the "Plan") and the terms of an Investment and Standby Purchase Agreement (the "Investment Agreement"), pursuant to which the Investors would provide a $450 million cash infusion to the reorganized Debtors, consisting of a $225 million equity investment in the Debtors as well as a $225 million rights offering that is fully backstopped by the Investors.[2]

8.      Concurrently with this Motion, the Debtors have filed their Motion Pursuant to Sections 105 and 363(b) of the Bankruptcy Code Authorizing the Debtors to Enter into Investment and Standby Purchase Agreement (the "Investment Agreement Approval Motion") and the proposed Plan.  The filing of the Plan represents a significant milestone in the Plan Debtors' emergence from chapter 11 and creates an immediate and significant benefit to the Debtors and their creditors by kicking off a process that might result in competitive bidding and additional proposals from other financial sponsors.

---

[2] For further information regarding the terms of the Investment Agreement, please refer to the Debtors' Motion Pursuant to Sections 105 and 363(b) of the Bankruptcy Code Authorizing the Debtors to Enter into Investment and Standby Purchase Agreement, filed contemporaneously herewith.

## Relief Requested

9.     The Court has the authority to fix the time within which the Plan Debtors must file a proposed disclosure statement with respect to the Plan (the "Disclosure Statement"), under Bankruptcy Rule 3016(b), which provides: "In a chapter 9 or 11 case, a disclosure statement under § 1125 or evidence showing compliance with § 1126(b) of the Code shall be filed with the plan or within a time fixed by the court." Fed. R. Bankr. P. 3016(b) (emphasis added).

10.     By this Motion, pursuant to Bankruptcy Rule 3016(b), the Debtors respectfully request an extension of the time to file the Disclosure Statement through and including March 17, 2010, without prejudice to the Debtors' right to request additional time should it become necessary.

## The Time to File a Disclosure
## Statement with Respect to the Plan Should be Extended

11.     Over the past few months, the Debtors have been facilitating the plan process by engaging in discussions and negotiations with the Investors, as well as conducting meetings and being responsive to comprehensive diligence requests by other parties in interest. In addition to operating their business and addressing the concerns of numerous parties in interest resulting from the commencement of these chapter 11 cases (including the significant amount of time spent addressing the documents requests and cooperating with the Examiner and his professionals); the Debtors and their retained professionals have devoted considerable time, energy and resources to the preparation of a comprehensive Plan and Disclosure Statement.

12.     As a result of the intense focus and efforts of the Debtors and their professionals, the Plan has been drafted, negotiated and, as stated above, was filed

contemporaneously herewith, well in advance of the expiration of the Debtors' Exclusive Periods (as hereafter defined).[3]

13.    In addition to the preparation of the Plan, the Debtors, their attorneys Weil, Gotshal & Manges, LLP, and their financial advisor Lazard Freres & Co. LLC, have been expending time preparing the Disclosure Statement and the relevant schedules thereto.  However, given the complicated nature of the Debtors' debt structure and because the Debtors' efforts and resources have been consumed with finalizing the Investment Agreement and the Plan and addressing all of the issues associated therewith, the Debtors have not had a sufficient amount of time to complete the Disclosure Statement.

14.    The Debtors are proceeding as expeditiously as possible with the completion of the Disclosure Statement and intend to file it with the Court promptly upon its completion.  Although the Debtors originally anticipated that the Disclosure Statement would be filed concurrently with the Plan, the Debtors have realized that, in view of the scope and complexity of the proposed Plan and the time and resources devoted to the completion of the Plan, this timetable was unrealistic.  Moreover, it is likely that the Investors will make some non-substantive changes to the structure of the reorganized Plan Debtors, which will be fully described in the Disclosure Statement.  The Debtors have decided to file the Plan without the Disclosure Statement because the Debtors believe that doing so will expedite the conclusion of the cases and facilitate the process by which other investors may submit competitive proposals.  In addition, the Debtors believe that the process of approval of the Disclosure Statement will be more efficient if the Debtors and the Investors have additional time to discuss, review and

---

[3] By order dated January 14, 2010, the Court extended the periods during which the Debtors have the exclusive right to file a chapter 11 plan and during which the Debtors may solicit acceptances thereof (collectively, the "Exclusive Periods") through and including April 2, 2010 and May 31, 2010, respectively [Docket No. 722].

finalize the Disclosure Statement. Accordingly, the Debtors believe that an extension of time to file the Disclosure Statement is necessary and appropriate.

15. The Debtors, therefore, respectfully request that the Court set March 17, 2010 as the date by which by which the Debtors must file the Disclosure Statement, without prejudice to the rights of the Debtors to request a further extension of time if the facts and circumstances warrant. Given the complexity of the Debtors' chapter 11 cases, the Debtors submit that there is good and sufficient cause to grant the Debtors' request.

### Notice

16. No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this Motion in accordance with the procedures set forth in the order entered on July 17, 2009 governing case management and administrative procedures for these cases [Docket No. 176] on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the attorneys for the Special Servicer and the Successor Trustee; and (iv) all parties who have requested notice in these chapter 11 cases. The Debtors submit that no other or further notice need be provided.

17.     No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request that the Court enter the Proposed Order annexed hereto as "Exhibit C" and grant the Debtors such other and further relief as the Court deems just and proper.

Dated: February 19, 2010
       New York, New York

/s/ Jacqueline Marcus
Marcia L. Goldstein
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

## Exhibit A

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| Extended Stay Inc. | 7401 |
| ESA P Portfolio L.L.C. f/k/a BRE/ESA P Portfolio L.L.C. | 7190 |
| ESA 2005 Portfolio L.L.C. f/k/a BRE/ESA 2005 Portfolio L.L.C. | 8617 |
| ESA 2005-San Jose L.L.C. f/k/a BRE/ESA 2005-San Jose L.L.C. | 1317 |
| ESA 2005-Waltham L.L.C. f/k/a BRE/ESA 2005-Waltham L.L.C. | 1418 |
| ESA Acquisition Properties L.L.C. f/k/a BRE/ESA Acquisition Properties L.L.C. | 8149 |
| ESA Alaska L.L.C. f/k/a BRE/ESA Alaska L.L.C. | 8213 |
| ESA Canada Properties Borrower L.L.C. f/k/a BRE/ESA Canada Properties Borrower L.L.C. | 7476 |
| ESA FL Properties L.L.C. f/k/a BRE/ESA FL Properties L.L.C. | 7687 |
| ESA MD Borrower L.L.C. f/k/a BRE/ESA MD Borrower L.L.C. | 8839 |
| ESA MN Properties L.L.C. f/k/a BRE/ESA MN Properties L.L.C. | 0648 |
| ESA P Portfolio MD Borrower L.L.C. f/k/a BRE/ESA P Portfolio MD Borrower L.L.C. | 7448 |
| ESA P Portfolio PA Properties L.L.C. f/k/a BRE/ESA P Portfolio PA Properties L.L.C. | 6306 |
| ESA P Portfolio TXNC Properties L.P. f/k/a BRE/ESA P Portfolio TXNC Properties L.P. | 7378 |
| ESA PA Properties L.L.C. f/k/a BRE/ESA PA Properties L.L.C. | 7652 |
| ESA Properties L.L.C. f/k/a BRE/ESA Properties L.L.C. | 1249 |
| ESA TX Properties L.P. f/k/a BRE/ESA TX Properties L.P. | 1295 |
| ESH/Homestead Portfolio L.L.C. f/k/a BRE/Homestead Portfolio L.L.C. | 9049 |
| ESH/HV Properties L.L.C. f/k/a BRE/HV Properties L.L.C. | 8927 |
| ESH/MSTX Property L.P. f/k/a BRE/MSTX Property L.P. | 5862 |
| ESH/TN Properties L.L.C. f/k/a BRE/TN Properties L.L.C. | 5781 |

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| ESH/TX Properties L.P.<br>f/k/a BRE/TX Properties L.P. | 6964 |
| ESH/Homestead Mezz L.L.C.<br>f/k/a BRE/Homestead Mezz L.L.C. | 9883 |
| ESA P Mezz L.L.C.<br>f/k/a BRE/ESA P Mezz L.L.C. | 7467 |
| ESA Mezz L.L.C.<br>f/k/a BRE/ESA Mezz L.L.C. | 0767 |
| ESH/Homestead Mezz 2 L.L.C.<br>f/k/a BRE/Homestead Mezz 2 L.L.C. | 9903 |
| ESA P Mezz 2 L.L.C.<br>f/k/a BRE/ESA P Mezz 2 L.L.C. | 7480 |
| ESA Mezz 2 L.L.C.<br>f/k/a BRE/ESA Mezz 2 L.L.C. | 0866 |
| ESH/Homestead Mezz 3 L.L.C.<br>f/k/a BRE/Homestead Mezz 3 L.L.C. | 9936 |
| ESA P Mezz 3 L.L.C.<br>f/k/a BRE/ESA P Mezz 3 L.L.C. | 8977 |
| ESA Mezz 3 L.L.C.<br>f/k/a BRE/ESA Mezz 3 L.L.C. | 0929 |
| ESH/Homestead Mezz 4 L.L.C.<br>f/k/a BRE/Homestead Mezz 4 L.L.C. | 9953 |
| ESA P Mezz 4 L.L.C.<br>f/k/a BRE/ESA P Mezz 4 L.L.C. | 8997 |
| ESA Mezz 4 L.L.C.<br>f/k/a BRE/ESA Mezz 4 L.L.C. | 0964 |
| ESH/Homestead Mezz 5 L.L.C.<br>f/k/a BRE/Homestead Mezz 5 L.L.C. | 9613 |
| ESA P Mezz 5 L.L.C.<br>f/k/a BRE/ESA P Mezz 5 L.L.C. | 9186 |
| ESA Mezz 5 L.L.C.<br>f/k/a BRE/ESA Mezz 5 L.L.C. | 1006 |
| ESH/Homestead Mezz 6 L.L.C.<br>f/k/a BRE/Homestead Mezz 6 L.L.C. | 9667 |
| ESA P Mezz 6 L.L.C.<br>f/k/a BRE/ESA P Mezz 6 L.L.C. | 9247 |
| ESA Mezz 6 L.L.C.<br>f/k/a BRE/ESA Mezz 6 L.L.C. | 8995 |
| ESH/Homestead Mezz 7 L.L.C.<br>f/k/a BRE/Homestead Mezz 7 L.L.C. | 9722 |
| ESA P Mezz 7 L.L.C.<br>f/k/a BRE/ESA P Mezz 7 L.L.C. | 9349 |
| ESA Mezz 7 L.L.C.<br>f/k/a BRE/ESA Mezz 7 L.L.C. | 9065 |
| ESH/Homestead Mezz 8 L.L.C.<br>f/k/a BRE/Homestead Mezz 8 L.L.C. | 9779 |
| ESA P Mezz 8 L.L.C. | 9402 |

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| ESA Mezz 8 L.L.C. f/k/a BRE/ESA Mezz 8 L.L.C. | 9117 |
| ESH/Homestead Mezz 9 L.L.C. f/k/a BRE/Homestead Mezz 9 L.L.C. | 1011 |
| ESA P Mezz 9 L.L.C. | 0281 |
| ESA Mezz 9 L.L.C. | 0923 |
| ESH/Homestead Mezz 10 L.L.C. f/k/a BRE/Homestead Mezz 10 L.L.C. | 1063 |
| ESA P Mezz 10 L.L.C. | 0224 |
| ESA Mezz 10 L.L.C. | 0175 |
| Homestead Village L.L.C. f/k/a BRE/Homestead Village L.L.C. | 8930 |
| ESA MD Beneficiary L.L.C. f/k/a BRE/ESA MD Beneficiary L.L.C. | 7038 |
| ESA P Portfolio MD Trust f/k/a BRE/ESA P Portfolio MD Trust | 8258 |
| ESA MD Properties Business Trust f/k/a BRE/ESA MD Properties Business Trust | 6992 |
| ESA P Portfolio MD Beneficiary L.L.C. f/k/a BRE/ESA P Portfolio MD Beneficiary L.L.C. | 8432 |
| ESA Canada Properties Trust f/k/a BRE/ESA Canada Properties Trust | 2314 |
| ESA Canada Trustee Inc. f/k/a BRE/ESA Canada Trustee Inc. | 2861 |
| ESA Canada Beneficiary Inc. f/k/a BRE/ESA Canada Beneficiary Inc. | 7543 |
| ESA UD Properties L.L.C. | 7075 |
| ESA 2007 Operating Lessee Inc. f/k/a BRE/ESA 2007 Operating Lessee Inc. | 9408 |
| ESA 2005 Operating Lessee Inc. f/k/a BRE/ESA 2005 Operating Lessee Inc. | 8471 |
| ESA Operating Lessee Inc. f/k/a BRE/ESA Operating Lessee Inc. | 4369 |
| ESA P Portfolio Operating Lessee Inc. f/k/a BRE/ESA P Portfolio Operating Lessee Inc. | 7433 |
| ESA Business Trust f/k/a BRE/ESA Business Trust | 8078 |
| ESA Management L.L.C. | 9101 |
| ESA P Portfolio Holdings L.L.C. f/k/a BRE/ESA P Portfolio Holdings L.L.C. | 8432 |
| ESA Canada Operating Lessee Inc. f/k/a BRE/ESA Canada Operating Lessee Inc. | 8838 |
| Extended Stay Hotels L.L.C. | 7438 |
| ESH/MSTX GP L.L.C. f/k/a BRE/MSTX GP L.L.C. | 5876 |

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| ESH/TXGP L.L.C. f/k/a BRE/TXGP L.L.C. | 6936 |
| ESA TXGP L.L.C. f/k/a BRE/ESA TXGP L.L.C. | 1199 |
| ESA P Portfolio TXNC GP L.L.C. f/k/a BRE/ESA P Portfolio TXNC GP L.L.C. | 7210 |
| ESH/TN Member Inc. f/k/a BRE/TN Member Inc. | 8365 |

US_ACTIVE:\43313532\02\44287.0004

## Exhibit B

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| ESA Properties L.L.C. f/k/a BRE/ESA Properties L.L.C. | 1249 |
| ESA P Portfolio L.L.C. f/k/a BRE/ESA P Portfolio L.L.C. | 7190 |
| ESA 2005 Portfolio L.L.C. f/k/a BRE/ESA 2005 Portfolio L.L.C. | 8617 |
| ESA 2005-San Jose L.L.C. f/k/a BRE/ESA 2005-San Jose L.L.C. | 1317 |
| ESA 2005-Waltham L.L.C. f/k/a BRE/ESA 2005-Waltham L.L.C. | 1418 |
| ESA Acquisition Properties L.L.C. f/k/a BRE/ESA Acquisition Properties L.L.C. | 8149 |
| ESA Alaska L.L.C. f/k/a BRE/ESA Alaska L.L.C. | 8213 |
| ESA Canada Properties Borrower L.L.C. f/k/a BRE/ESA Canada Properties Borrower L.L.C. | 7476 |
| ESA FL Properties L.L.C. f/k/a BRE/ESA FL Properties L.L.C. | 7687 |
| ESA MD Borrower L.L.C. f/k/a BRE/ESA MD Borrower L.L.C. | 8839 |
| ESA MN Properties L.L.C. f/k/a BRE/ESA MN Properties L.L.C. | 0648 |
| ESA P Portfolio MD Borrower L.L.C. f/k/a BRE/ESA P Portfolio MD Borrower L.L.C. | 7448 |
| ESA P Portfolio PA Properties L.L.C. f/k/a BRE/ESA P Portfolio PA Properties L.L.C. | 6306 |
| ESA P Portfolio TXNC Properties L.P. f/k/a BRE/ESA P Portfolio TXNC Properties L.P. | 7378 |
| ESA PA Properties L.L.C. f/k/a BRE/ESA PA Properties L.L.C. | 7652 |
| ESA TX Properties L.P. f/k/a BRE/ESA TX Properties L.P. | 1295 |
| ESH/Homestead Portfolio L.L.C. f/k/a BRE/Homestead Portfolio L.L.C. | 9049 |
| ESH/HV Properties L.L.C. f/k/a BRE/HV Properties L.L.C. | 8927 |
| ESH/MSTX Property L.P. f/k/a BRE/MSTX Property L.P. | 5862 |
| ESH/TN Properties L.L.C. f/k/a BRE/TN Properties L.L.C. | 5781 |
| ESH/TX Properties L.P. f/k/a BRE/TX Properties L.P. | 6964 |
| ESA MD Beneficiary L.L.C. f/k/a BRE/ESA MD Beneficiary L.L.C. | 7038 |

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| ESA P Portfolio MD Trust<br>f/k/a BRE/ESA P Portfolio MD Trust | 2258 |
| ESA MD Properties Business Trust<br>f/k/a BRE/ESA MD Properties Business Trust | 6992 |
| ESA P Portfolio MD Beneficiary L.L.C.<br>f/k/a BRE/ESA P Portfolio MD Beneficiary L.L.C. | 8432 |
| ESA Canada Properties Trust<br>f/k/a BRE/ESA Canada Properties Trust | 2314 |
| ESA Canada Trustee Inc.<br>f/k/a BRE/ESA Canada Trustee Inc. | 2861 |
| ESA Canada Beneficiary Inc.<br>f/k/a BRE/ESA Canada Beneficiary Inc. | 7543 |
| ESA UD Properties L.L.C. | 7075 |
| ESA 2007 Operating Lessee Inc.<br>f/k/a BRE/ESA 2007 Operating Lessee Inc. | 9408 |
| ESA 2005 Operating Lessee Inc.<br>f/k/a BRE/ESA 2005 Operating Lessee Inc. | 8471 |
| ESA Operating Lessee Inc.<br>f/k/a BRE/ESA Operating Lessee Inc. | 4369 |
| ESA P Portfolio Operating Lessee Inc.<br>f/k/a BRE/ESA P Portfolio Operating Lessee Inc. | 7433 |
| ESA Canada Operating Lessee Inc.<br>f/k/a BRE/ESA Canada Operating Lessee Inc. | 8838 |
| ESH/MSTX GP L.L.C.<br>f/k/a BRE/MSTX GP L.L.C. | 5876 |
| ESH/TXGP L.L.C.<br>f/k/a BRE/TXGP L.L.C. | 6936 |
| ESA TXGP L.L.C.<br>f/k/a BRE/ESA TXGP L.L.C. | 1199 |
| ESA P Portfolio TXNC GP L.L.C.<br>f/k/a BRE/ESA P Portfolio TXNC GP L.L.C. | 7210 |
| ESH/TN Member Inc.<br>f/k/a BRE/TN Member Inc. | 8365 |

US_ACTIVE:\43313532\02\44287.0004

**Exhibit C**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                          :
In re                                                     :        Chapter 11 Case No.
                                                          :
EXTENDED STAY INC., <u>et al.</u>,                        :        09-13764 (JMP)
                                                          :
            Debtors.                                      :        (Jointly Administered)
                                                          :
-----------------------------------------------------------------x
                                                          :
In re                                                     :        Chapter 11 Case No.
                                                          :
ESH/MSTX GP L.L.C.,                                       :        10-10807 (JMP)
                                                          :
            Debtor.                                       :
                                                          :
                                                          :
-----------------------------------------------------------------x
                                                          :
In re                                                     :        Chapter 11 Case No.
                                                          :
ESH/TXGP L.L.C.,                                          :        10-10808 (JMP)
                                                          :
            Debtor.                                       :
                                                          :
                                                          :
-----------------------------------------------------------------x
                                                          :
In re                                                     :        Chapter 11 Case No.
                                                          :
ESA TXGP L.L.C.,                                          :        10-10806 (JMP)
                                                          :
            Debtor.                                       :
                                                          :
                                                          :
-----------------------------------------------------------------x

```
------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
ESA P Portfolio TXNC GP L.L.C.,         :        10-10805 (JMP)
                                        :
            Debtor.                     :
                                        :
                                        :
------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
ESH/TN Member Inc.,                     :        10-10809 (JMP)
                                        :
            Debtor.                     :
                                        :
                                        :
------------------------------------------------------------x
```

## ORDER EXTENDING TIME TO FILE
## DISCLOSURE STATEMENT PERTAINING TO THE PLAN OF REORGANIZATION

Upon the motion, dated February 19, 2010 (the "Motion"), of Extended Stay Inc.

and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "Debtors"), pursuant to Rule 3016(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), seeking an extension of time to file a disclosure statement

pertaining to the Plan,[1] all as more fully described in the Motion; and the Court having

jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C.

§§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern

District of New York And All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting

C.J.); and consideration of the Motion and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

with the procedures set forth in the order entered on July 17, 2009 governing case management and administrative procedures for these cases [Docket No. 176] on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the attorneys for the Special Servicer and the Successor Trustee; and (iv) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and the appearances of all interested parties having been noted in the record of the Hearing; and upon the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to Bankruptcy Rule 3016(b), the time by which the Debtors must file the Disclosure Statement is extended up to and including March 17, 2010, without prejudice to the Debtors' right to seek further extensions of time within which the Disclosure Statement must be filed; and it is further

ORDERED that notice of the Motion as provided herein shall be deemed good and sufficient notice of such motion; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: March __, 2010
New York, New York

_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE