WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007
Marcia L. Goldstein
Jacqueline Marcus

Attorneys for Debtors and
Debtors in Possession


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
                                             :
In re                                        :        Chapter 11 Case No.
                                             :
EXTENDED STAY INC., et al.,                  :        09-13764 (JMP)
                                             :
         Debtors.¹                           :        (Jointly Administered)
                                             :
--------------------------------------------------------------x
```

**AMENDED AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON APRIL 8, 2010 AT 10:00 A.M. (EASTERN TIME)**

| | |
|---|---|
| **Location of Hearing:** | The Honorable James M. Peck |
| | United States Bankruptcy Judge, One Bowling Green, Room 601 |
| | New York, New York 10004 |
| | |
| **Copies of Motions:** | A copy of each pleading can be viewed and/or obtained by: |
| | (i) accessing the Court's website at www.nysb.uscourts.gov, |
| | (ii) contacting the Office of the Clerk of the Court at One |
| | Bowling Green, New York, New York  10004, or (iii) from the |
| | Debtors' website maintained by their notice and claims agent, |
| | Kurtzman Carson Consultants LLC, at |
| | www.kccllc.net/extendedstay. |
| | |
| | Please note that a PACER password is needed to access |
| | documents on the Court's website. |

---

¹ A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as "Exhibit A."

## I.   CONTESTED MATTERS

1.   Motion to Vacate Automatic Stay (filed by Robert S. Lewis on behalf of Alexandra Shaw) **[Docket No. 767]**

Response Deadline:   April 2, 2010 at 5:00 p.m.

Responses Filed/Received:

A.   **Debtors' Objection to the Motion of Alexandra Shaw for Relief from the Automatic Stay [Docket No. 896]**

B.   Limited Joinder of U.S. Bank National Association, as Successor Trustee, to Debtors' Objection to the Motion of Alexandra Shaw for Relief from the Automatic Stay **[Docket No. 898]**

Status: **This matter is going forward.**

2.   Motion of the Official Committee of Unsecured Creditors Pursuant to Sections 107 and 1106 of the Bankruptcy Code Directing the Examiner to Provide a Copy of the Examiners Report to the Committee **[Docket No. 868]**

Response Deadline:   April 2, 2010 at 4:00 p.m.

Responses Filed/Received:

A.   Opposition [Examiner] to Motion of the Official Committee of Unsecured Creditors Pursuant to Sections 107 and 1106 of the Bankruptcy Code Directing the Examiner to Provide a Copy of the Examiner's Report to the Committee **[Docket No. 895]**

B.   Limited Objection of U.S. Bank National Association, as Successor Trustee, to the Motion of the Official Committee of Unsecured Creditors Pursuant to Sections 107 and 1106 of the Bankruptcy Code Directing the Examiner to Provide a Copy of the Examiners Report to the Committee **[Docket No. 899]**

C.   Debtors' Objection to Motion of the Official Committee of Unsecured Creditors Pursuant to Sections 107 and 1106 of the Bankruptcy Code Directing the Examiner to Provide a Copy of the Examiner's Report to the Committee **[Docket No. 900]**

Related Documents:

A.   Notice of Hearing of the Motion of the Official Committee of Unsecured Creditors Pursuant to Sections 107 and 1106 of the Bankruptcy Code Directing the Examiner to Provide a Copy of the Examiners Report to the Committee **[Docket No. 869]**

Status: **In light of Item II(1) below, this matter will not be going forward.**

## II. UNCONTESTED MATTERS

1.  Examiner's Motion For Order Establishing Procedures For Court's Clearance Of Documents and Information Labeled "Confidential" By Producing Parties And For The Public Filing Of Examiner's Report Which Has Been Temporarily Filed Under Seal **[Docket No. 804]**

    Response Deadline: April 2, 2010 at 5:00 p.m.

    Responses Filed/Received:

    A.  Response of the Official Committee of Unsecured Creditors to Examiners Motion for Order Establishing Procedures for Courts Clearance of Documents and Information Labeled Confidential by Producing Parties **[Docket No. 902]**

    Related Documents:

    A.  Notice of Hearing re: Examiner's Motion For Order Establishing Procedures For Court's Clearance Of Documents and Information Labeled "Confidential" By Producing Parties And For The Public Filing Of Examiner's Report Which Has Been Temporarily Filed Under Seal **[Docket No. 851]**

    B.  Notice of Necessity for Hearing on Examiner's Motion for Order Establishing Procedures for Court's Clearance of Documents and Information Labeled "Confidential" by Producing Parties and for the Public Filing of Examiner's Report Which has Been Temporarily Filed Under Seal **[Docket No. 908]**

    Status: **The Examiner has obtained all of the necessary consents and will be seeking an order permitting the public filing of the Examiner's Report.**

2.  Debtors' Motion for an Order Approving Second Consensual Extension of the Deadline Under § 365(d)(4) of the Bankruptcy Code **[Docket No. 837]**

    Response Deadline: April 2, 2010 at 4:00 p.m.

    Responses Filed/Received: None

    Related Documents:

A. Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motion for an Order Approving Second Consensual Extension of the Deadline Under § 365(d)(4) of the Bankruptcy Code [Docket No. 905]

Status: **A Certificate of No Objection has been filed [Docket No. 905]. The Order has been submitted to the Court.**

3. Motion of Debtors for an Extension of Time to File Disclosure Statement Pertaining to Debtors' Second Amended Plan of Reorganization **[Docket No. 863]**

Response Deadline:    April 2, 2010 at 4:00 p.m.

Responses Filed/Received:  None

Related Documents:

A. Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion of Debtors for an Extension of Time to File Disclosure Statement Pertaining to Debtors' Second Amended Plan of Reorganization [Docket No. 906]

Status: **A Certificate of No Objection has been filed [Docket No. 906]. The Order has been submitted to the Court.**

4. Debtor's Motion Pursuant to Section 1121(d) of the Bankruptcy Code Requesting Third Extension of Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof **[Docket No. 866]**

Response Deadline:    April 2, 2010 at 4:00 p.m.

April 4, 2010 at 12:00 p.m. (for Creditors' Committee and the Special Servicer)

Responses Filed/Received:

A. Limited Objection of Manufacturers and Traders Trust Company, as Indenture Trustee, to the Debtors' Motion Pursuant to Section 1121(d) of the Bankruptcy Code Requesting Third Extension of Exclusive Periods for Filing a Chapter 11 Plan and Solicitation of Acceptances Thereof **[Docket No. 892]**

Related Documents:

A. Notice of Filing of Revised Order Pursuant to Section 1121(d) of the Bankruptcy Code, Extending Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof **[Docket No. 897]**

Status: **This matter has been resolved, pursuant to the revised Order filed with the Court.**

## III.    ADJOURNED MATTERS

1.    Cross-Motion of Official Committee of Unsecured Creditors for an Order (a) Authorizing its Financial Advisors, Jefferies & Company, Inc., to Solicit Alternative Plan Proposals Using, Inter Alia, the Debtors' Confidential Information, and (b) Directing the Debtors to Provide Cooperation in Connection with such Efforts **[Docket No. 818]**

Response Deadline:    April 2, 2010 at 4:00 p.m.

Responses Filed/Received:  None

Related Documents:

A.    Notice of Cross-Motion of Official Committee of Unsecured Creditors for an Order (a) Authorizing its Financial Advisors, Jefferies & Company, Inc., to Solicit Alternative Plan Proposals Using, Inter Alia, the Debtors' Confidential Information, and (b) Directing the Debtors to Provide Cooperation in Connection with such Efforts **[Docket No. 820]**

A.    Notice of Adjournment of Hearing on Cross-Motion of Official Committee of Unsecured Creditors for an Order (a) Authorizing its Financial Advisors, Jefferies & Company, Inc., to Solicit Alternative Plan Proposals Using, Inter Alia, the Debtors' Confidential Information, and (b) Directing the Debtors to Provide Cooperation in Connection with such Efforts **[Docket No. 901]**

Status: **This matter is has been adjourned to April 22, 2010 at 10:00 a.m.**

2.    **Motion of U.S. Bank National Association, as Successor Trustee, for Entry of Order Pursuant to Rule 3014 of the Federal Rules of Bankruptcy Procedure Extending Time to Make Election Pursuant to Section 1111(b) of the Bankruptcy Code [Docket No. 844]**

**Response Deadline:  April 2, 2010 at 4:00 p.m.**

**Responses Filed/Received:  None**

**Related Documents:**

A.    **Notice of Adjournment of Hearing (Motion of U.S. Bank National Association, as Successor Trustee, for Entry of Order Pursuant to Rule 3014 of the Federal Rules of Bankruptcy Procedure Extending**

**Time to Make Election Pursuant to Section 1111(b) of the Bankruptcy Code [Docket No. 885]**

**Status: This matter is has been adjourned to April 22, 2010 at 10:00 a.m.**

## IV.   WITHDRAWN MATTERS

1.    Debtors' Amended Motion Pursuant to Sections 105 and 363(b) of the Bankruptcy Code Approving Investment and Standby Purchase Agreement **[Docket No. 855]**

Response Deadline:    April 5, 2010 at 12:00 p.m.

Responses Filed/Received:

A.    Objection of Manufacturers and Traders Trust Company, as Indenture Trustee, to the Debtors' Amended Motion Pursuant to Sections 105 and 363(b) of the Bankruptcy Code Authorizing Debtors to Enter Into Investment and Standby Purchase Agreement **[Docket No. 891]**

Related Documents:

A.    Exhibit A to Debtors' Amended Motion Pursuant to Sections 105 and 363(b) of the Bankruptcy Code Approving Investment and Standby Purchase Agreement **[Docket No. 856]**

B.    Exhibit B to Debtors' Amended Motion Pursuant to Sections 105 and 363(b) of the Bankruptcy Code Approving Investment and Standby Purchase Agreement **[Docket No. 857]**

C.    Exhibit C to Debtors' Amended Motion Pursuant to Sections 105 and 363(b) of the Bankruptcy Code Approving Investment and Standby Purchase Agreement **[Docket No. 858]**

D.    Notice of Withdrawal of Debtors' Amended Motion Pursuant to Sections 105 and 363(b) of the Bankruptcy Code Approving Investment and Standby Purchase Agreement **Docket No. 894]**

Status: **This matter has been withdrawn as per Notice of Withdrawal of Debtors' Amended Motion Pursuant to Sections 105 and 363(b) of the Bankruptcy Code Approving Investment and Standby Purchase Agreement [Docket No. 894].**

**By letter dated April 2, 2010, the attorneys for Starwood ESH, L.L.C. have requested an opportunity to be heard by the Court with respect to the withdrawal of the Motion.**

Dated: April 7, 2010
New York, New York

/s/ Jacqueline Marcus
Marcia L. Goldstein
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| Extended Stay Inc. | 7401 |
| ESA P Portfolio L.L.C. f/k/a BRE/ESA P Portfolio L.L.C. | 7190 |
| ESA 2005 Portfolio L.L.C. f/k/a BRE/ESA 2005 Portfolio L.L.C. | 8617 |
| ESA 2005-San Jose L.L.C. f/k/a BRE/ESA 2005-San Jose L.L.C. | 1317 |
| ESA 2005-Waltham L.L.C. f/k/a BRE/ESA 2005-Waltham L.L.C. | 1418 |
| ESA Acquisition Properties L.L.C. f/k/a BRE/ESA Acquisition Properties L.L.C. | 8149 |
| ESA Alaska L.L.C. f/k/a BRE/ESA Alaska L.L.C. | 8213 |
| ESA Canada Properties Borrower L.L.C. f/k/a BRE/ESA Canada Properties Borrower L.L.C. | 7476 |
| ESA FL Properties L.L.C. f/k/a BRE/ESA FL Properties L.L.C. | 7687 |
| ESA MD Borrower L.L.C. f/k/a BRE/ESA MD Borrower L.L.C. | 8839 |
| ESA MN Properties L.L.C. f/k/a BRE/ESA MN Properties L.L.C. | 0648 |
| ESA P Portfolio MD Borrower L.L.C. f/k/a BRE/ESA P Portfolio MD Borrower L.L.C. | 7448 |
| ESA P Portfolio PA Properties L.L.C. f/k/a BRE/ESA P Portfolio PA Properties L.L.C. | 6306 |
| ESA P Portfolio TXNC Properties L.P. f/k/a BRE/ESA P Portfolio TXNC Properties L.P. | 7378 |
| ESA PA Properties L.L.C. f/k/a BRE/ESA PA Properties L.L.C. | 7652 |
| ESA Properties L.L.C. f/k/a BRE/ESA Properties L.L.C. | 1249 |
| ESA TX Properties L.P. f/k/a BRE/ESA TX Properties L.P. | 1295 |
| ESH/Homestead Portfolio L.L.C. f/k/a BRE/Homestead Portfolio L.L.C. | 9049 |
| ESH/HV Properties L.L.C. f/k/a BRE/HV Properties L.L.C. | 8927 |
| ESH/MSTX Property L.P. f/k/a BRE/MSTX Property L.P. | 5862 |
| ESH/TN Properties L.L.C. f/k/a BRE/TN Properties L.L.C. | 5781 |
| ESH/TX Properties L.P. f/k/a BRE/TX Properties L.P. | 6964 |
| ESH/Homestead Mezz L.L.C. | 9883 |

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| f/k/a BRE/Homestead Mezz L.L.C. | |
| ESA P Mezz L.L.C. f/k/a BRE/ESA P Mezz L.L.C. | 7467 |
| ESA Mezz L.L.C. f/k/a BRE/ESA Mezz L.L.C. | 0767 |
| ESH/Homestead Mezz 2 L.L.C. f/k/a BRE/Homestead Mezz 2 L.L.C. | 9903 |
| ESA P Mezz 2 L.L.C. f/k/a BRE/ESA P Mezz 2 L.L.C. | 7480 |
| ESA Mezz 2 L.L.C. f/k/a BRE/ESA Mezz 2 L.L.C. | 0866 |
| ESH/Homestead Mezz 3 L.L.C. f/k/a BRE/Homestead Mezz 3 L.L.C. | 9936 |
| ESA P Mezz 3 L.L.C. f/k/a BRE/ESA P Mezz 3 L.L.C. | 8977 |
| ESA Mezz 3 L.L.C. f/k/a BRE/ESA Mezz 3 L.L.C. | 0929 |
| ESH/Homestead Mezz 4 L.L.C. f/k/a BRE/Homestead Mezz 4 L.L.C. | 9953 |
| ESA P Mezz 4 L.L.C. f/k/a BRE/ESA P Mezz 4 L.L.C. | 8997 |
| ESA Mezz 4 L.L.C. f/k/a BRE/ESA Mezz 4 L.L.C. | 0964 |
| ESH/Homestead Mezz 5 L.L.C. f/k/a BRE/Homestead Mezz 5 L.L.C. | 9613 |
| ESA P Mezz 5 L.L.C. f/k/a BRE/ESA P Mezz 5 L.L.C. | 9186 |
| ESA Mezz 5 L.L.C. f/k/a BRE/ESA Mezz 5 L.L.C. | 1006 |
| ESH/Homestead Mezz 6 L.L.C. f/k/a BRE/Homestead Mezz 6 L.L.C. | 9667 |
| ESA P Mezz 6 L.L.C. f/k/a BRE/ESA P Mezz 6 L.L.C. | 9247 |
| ESA Mezz 6 L.L.C. f/k/a BRE/ESA Mezz 6 L.L.C. | 8995 |
| ESH/Homestead Mezz 7 L.L.C. f/k/a BRE/Homestead Mezz 7 L.L.C. | 9722 |
| ESA P Mezz 7 L.L.C. f/k/a BRE/ESA P Mezz 7 L.L.C. | 9349 |
| ESA Mezz 7 L.L.C. f/k/a BRE/ESA Mezz 7 L.L.C. | 9065 |
| ESH/Homestead Mezz 8 L.L.C. f/k/a BRE/Homestead Mezz 8 L.L.C. | 9779 |
| ESA P Mezz 8 L.L.C. | 9402 |
| ESA Mezz 8 L.L.C. f/k/a BRE/ESA Mezz 8 L.L.C. | 9117 |
| ESH/Homestead Mezz 9 L.L.C. f/k/a BRE/Homestead Mezz 9 L.L.C. | 1011 |

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| ESA P Mezz 9 L.L.C. | 0281 |
| ESA Mezz 9 L.L.C. | 0923 |
| ESH/Homestead Mezz 10 L.L.C.<br>f/k/a BRE/Homestead Mezz 10 L.L.C. | 1063 |
| ESA P Mezz 10 L.L.C. | 0224 |
| ESA Mezz 10 L.L.C. | 0175 |
| Homestead Village L.L.C.<br>f/k/a BRE/Homestead Village L.L.C. | 8930 |
| ESA MD Beneficiary L.L.C.<br>f/k/a BRE/ESA MD Beneficiary L.L.C. | 7038 |
| ESA P Portfolio MD Trust<br>f/k/a BRE/ESA P Portfolio MD Trust | 8258 |
| ESA MD Properties Business Trust<br>f/k/a BRE/ESA MD Properties Business Trust | 6992 |
| ESA P Portfolio MD Beneficiary L.L.C.<br>f/k/a BRE/ESA P Portfolio MD Beneficiary L.L.C. | 8432 |
| ESA Canada Properties Trust<br>f/k/a BRE/ESA Canada Properties Trust | 2314 |
| ESA Canada Trustee Inc.<br>f/k/a BRE/ESA Canada Trustee Inc. | 2861 |
| ESA Canada Beneficiary Inc.<br>f/k/a BRE/ESA Canada Beneficiary Inc. | 7543 |
| ESA UD Properties L.L.C. | 7075 |
| ESA 2007 Operating Lessee Inc.<br>f/k/a BRE/ESA 2007 Operating Lessee Inc. | 9408 |
| ESA 2005 Operating Lessee Inc.<br>f/k/a BRE/ESA 2005 Operating Lessee Inc. | 8471 |
| ESA Operating Lessee Inc.<br>f/k/a BRE/ESA Operating Lessee Inc. | 4369 |
| ESA P Portfolio Operating Lessee Inc.<br>f/k/a BRE/ESA P Portfolio Operating Lessee Inc. | 7433 |
| ESA Business Trust<br>f/k/a BRE/ESA Business Trust | 8078 |
| ESA Management L.L.C. | 9101 |
| ESA P Portfolio Holdings L.L.C.<br>f/k/a BRE/ESA P Portfolio Holdings L.L.C. | 8432 |
| ESA Canada Operating Lessee Inc.<br>f/k/a BRE/ESA Canada Operating Lessee Inc. | 8838 |
| Extended Stay Hotels L.L.C. | 7438 |
| ESH/MSTX GP L.L.C.<br>f/k/a BRE/MSTX GP L.L.C. | 5876 |
| ESH/TXGP L.L.C.<br>f/k/a BRE/TXGP L.L.C. | 6936 |
| ESA TXGP L.L.C.<br>f/k/a BRE/ESA TXGP L.L.C. | 1199 |
| ESA P Portfolio TXNC GP L.L.C.<br>f/k/a BRE/ESA P Portfolio TXNC GP L.L.C. | 7210 |
| ESH/TN Member Inc. | 8365 |

| Debtor | Last Four Digits of Federal Tax I.D. Number |
|---|---|
| f/k/a BRE/TN Member Inc. | |