UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                        :
In re                                                   :     Chapter 11 Case No.
                                                        :
EXTENDED STAY INC., et al.,                             :     09-13764 (JMP)
                                                        :
        Debtors.                                        :     (Jointly Administered)
                                                        :
----------------------------------------------------------------x-

**ORDER TO SHOW CAUSE TO SHORTEN NOTICE
PERIOD TO CONSIDER DEBTORS' MOTION FOR ENTRY OF
AN ORDER PURSUANT TO SECTIONS 105(a) AND 363 OF THE
BANKRUPTCY CODE APPROVING BIDDING PROCEDURES AND NOTICE OF
THE AUCTION RELATING THERETO AND GRANTING RELATED RELIEF**

In connection with the motion (the "Motion") of Extended Stay Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, "Extended Stay" or the "Debtors"), seeking entry of an order, pursuant to sections 105(a) and 363 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), approving the Debtors' proposed Bidding Procedures, all as more fully set forth in the Motion; and upon the Declaration of Jacqueline Marcus, dated April 15, 2010 (the "Declaration"), in support of this Order to Show Cause; and it appearing that no notice of this Order to Show Cause need be given, except as provided herein; and it appearing that an Order to Show Cause is necessary to expedite consideration of the relief requested in the Motion and such expedited consideration is beneficial to the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that a hearing (the "Hearing") to consider the Motion shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601, United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004 on **April 22, 2010 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard; and it is further

ORDERED that notice of the Hearing shall be given by sending a copy of this Order to Show Cause, the Declaration and the Motion, via e-mail, fax, or overnight mail, on or before **April 19, 2010** to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the attorneys for the Special Servicer and the Successor Trustee; and (iv) all parties who have requested notice in these chapter 11 cases; and it is further

ORDERED that objections and responses, if any, to the Motion must be in writing, shall conform to the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, and shall be served in accordance with General Order M-242, upon (i) the Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Marcia L. Goldstein, Esq. and Jacqueline Marcus, Esq., attorneys for the Debtor; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Paul Schwartzberg, Esq.; (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, Attn: Mark T. Power, Esq., Mark S. Indelicato, Esq. and Christopher Jarvinen, Esq., attorneys for the Official

Committee of Unsecured Creditors; and (v) McKenna Long & Aldridge LLP, 303 Peachtree Street, NE Suite 5300, Atlanta, GA 30308, Attn: Gary W. Marsh, Esq., and Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, Attn: Mitchell Seider, Esq. and Keith Simon, Esq., attorneys for the Special Servicer and the Successor Trustee, so as to be so filed and received no later than **April 21, 2010 at 12:00 p.m. (prevailing Eastern Time)**; and it is further

ORDERED that notice given in accordance with the provisions of this Order to Show Cause shall constitute good and sufficient notice of the Hearing, the Motion and all other matters to be heard in connection therewith.

Dated: April 16, 2010
       New York, New York

/s/James M. Peck_____
UNITED STATES BANKRUPTCY JUDGE