BUCHANAN INGERSOLL & ROONEY PC
620 Eighth Avenue, 23rd Floor
New York, New York 10018
(212) 440-4400 (Telephone)
(212) 440-4401 (Facsimile)
William H. Schorling, Esquire (WS-6322)

    -and -

Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200 (Telephone)
(302) 552-4295 (Facsimile)
Mary F. Caloway, Esquire

Attorneys for KeyBank National Association

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11 Case No.** |
| **EXTENDED STAY INC., et al.,** | : | **09-13764 (JMP)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

**JOINDER IN LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO DEBTORS' MOTION FOR ENTRY
OF AN ORDER PURSUANT TO SECTIONS 105(a) AND 363 OF THE
BANKRUPTCY CODE APPROVING BIDDING PROCEDURES AND NOTICE
OF <u>AUCTION RELATING THERETO AND GRANTING RELATED RELIEF</u>**

KeyBank National Association ("KeyBank")[1] hereby submits this Joinder to the Limited

Objection of the Official Committee of Unsecured Creditors (the "Committee Objection") to the

Debtors' Motion for Entry of an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy

---

[1] KeyBank was recently appointed to the Official Committee of Unsecured Creditors (the "Committee") formed in these cases. This Joinder is filed by KeyBank in its individual capacity and not as a Committee member.

Code Approving Bidding Procedures and Notice of Auction Relating Thereto and Granting Related Relief (the "Motion").

KeyBank concurs with and joins the factual and legal arguments set forth in the Committee's Objection as to why the Court should deny approval of the Motion unless the modifications set forth in the Committee Objection are made.

Date: April 21, 2010

                BUCHANAN INGERSOLL & ROONEY PC

                By: /s/ William H. Schorling
                William H. Schorling, Esquire (WS-6322)
                620 Eighth Avenue, 23rd Floor
                New York, New York 10018
                (212) 440-4400 (Telephone)
                (212) 440-4401 (Facsimile)

                -and -

                Buchanan Ingersoll & Rooney PC
                1000 West Street, Suite 1410
                Wilmington, DE 19801
                (302) 552-4200 (Telephone)
                (302) 552-4295 (Facsimile)
                Mary F. Caloway, Esquire

                Attorneys for KeyBank National Association