WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Marcia L. Goldstein
Jacqueline Marcus

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
In re                                                      :      Chapter 11 Case No.
                                                           :
EXTENDED STAY INC., et al.,                                :      09-13764 (JMP)
                                                           :
              Debtors.                                     :      (Jointly Administered)
                                                           :
-----------------------------------------------------------x
```

<u>NOTICE OF FILING OF UPDATE TO PLAN SUPPLEMENT</u>

      PLEASE TAKE NOTICE that on July 13, 2010, ESA Properties LLC and seventy-three of its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>"), filed an update (the "<u>Update</u>") to the supplement dated July 1, 2010 [Docket No. 1119] (the "<u>Plan Supplement</u>") to the Debtors' Fifth Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated June 8, 2010 (as it may be amended, the "<u>Plan</u>"). **The documents contained in the Update, a list of which is annexed hereto as <u>Attachment A</u>, are integral to and part of the Plan and, if the Plan is approved, shall be approved in the order confirming the Plan.**

      PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan (and in conjunction therewith, approval of the documents contained in the Plan Supplement) (the "<u>Confirmation Hearing</u>") shall be held on **July 20, 2010 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "<u>Court</u>"). The Confirmation Hearing may be rescheduled or continued from time to time without further notice other than the announcement by the Debtors in open court of the adjourned date(s) at the Confirmation Hearing or any continued hearing.

      PLEASE TAKE FURTHER NOTICE that the Debtors, subject to the terms of the Plan, reserve the right to alter, amend, modify or supplement any document in this Update and to include additional documents in the Update.

PLEASE TAKE FURTHER NOTICE that the Plan and the Plan Supplement can be viewed for free at the Debtors' claims agent's website at http://www.kccllc.net/extendedstay or for a fee on the Court's website at www.nysb.uscourts.gov. To access documents on the Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov. To obtain a hard copy of the Plan Supplement, please contact Kurtzman Carson Consultants LLC at **(866) 381-9100**.

Dated: July 13, 2010
        New York, New York


                                        /s/ Jacqueline Marcus
                                        Marcia L. Goldstein
                                        Jacqueline Marcus
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors and
                                        Debtors in Possession

**<u>Attachment A</u>**

**LIST OF UPDATE TO PLAN SUPPLEMENT**

1. Litigation Trust Agreement