WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Marcia L. Goldstein
Jacqueline Marcus

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re**                                                    :          **Chapter 11 Case No.**
                                                             :
**EXTENDED STAY INC., et al.,**                              :          **09-13764 (JMP)**
                                                             :
        **Debtors.**                                   :          **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

### UPDATE TO PLAN SUPPLEMENT FOR THE DEBTORS' FIFTH AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

In accordance with the Fifth Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated June 8, 2010 [Docket No. 1027] (as it may be amended, the "Plan'),[1] filed by ESA Properties LLC and seventy-three of its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), attached hereto are the following documents:

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

| Tab | Document |
|:---:|:---|
| A | Restructuring Transactions |


Dated: July 15, 2010
      New York, New York

/s/ Marcia L. Goldstein
Marcia L. Goldstein
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**Tab A**

**Restructuring Transactions**