Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Mark T. Power
Anting J. Wang
Joseph Orbach

*Counsel for the Official*
*Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **EXTENDED STAY INC.**, *et al.,* | : | Case No. 09-13764 (JMP) |
| | : | (Jointly Administered) |
| **Debtors**. | : | |
| | : | |

---------------------------------------------------------------- X


**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF THE MOTION OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER
APPOINTING THE COMMITTEE AS ESTATE REPRESENTATIVE WITH
RESPECT TO THE PROSECUTION OF CERTAIN CAUSES OF ACTION**


 **PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of

the above-captioned Debtors hereby withdraws, without prejudice, its *Motion For An Order*

*Appointing the Committee as Estate Representative with Respect to the Prosecution of Certain*

*Causes of Action* [Docket Nos. 976, 977] (the "**Motion**"), which was scheduled to be heard on

August 26, 2010 at 10:00 a.m.

(Prevailing Eastern Time).

Dated:   New York, New York
         August 10, 2010

                             HAHN & HESSEN LLP

                             By:    /s/ Mark T. Power
                                    Mark T. Power
                                    (mpower@hahnhessen.com)
                                    (A Member of the Firm)

                             Anting J. Wang (awang@hahnhessen.com)
                             Joseph Orbach (jorbach@hahnhessen.com)
                             488 Madison Avenue
                             New York, New York 10022
                             Telephone:    (212) 478-7200
                             Facsimile:    (212) 478-7400

                             *Counsel for the Official Committee
                             of Unsecured Creditors of Extended Stay, Inc.. et al.*