WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Marcia L. Goldstein
Jacqueline Marcus

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
:
**In re** : Chapter 11 Case No.
:
**EXTENDED STAY INC., et al.,** : 09-13764 (JMP)
:
Debtors. : (Jointly Administered)
:
-------------------------------------------------------------x

NOTICE OF OCCURRENCE OF EFFECTIVE
DATE OF DEBTORS' FIFTH AMENDED JOINT PLAN
OF REORGANIZATION, DATED JUNE 8, 2010, AS AMENDED

   PLEASE TAKE NOTICE that on October 8, 2010, the Effective Date occurred under the Debtors' Fifth Amended Joint Plan of Reorganization, dated June 8, 2010, as Amended (Docket No. 1057) (the "Plan"), as confirmed pursuant to an order of the Bankruptcy Court dated July 20, 2010 (Docket No. 1172) (the "Confirmation Order").

   PLEASE TAKE FURTHER NOTICE that the Plan and Confirmation Order are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004. The Plan, the Confirmation Order, and the Court-approved Disclosure Statement are also available on the website of the Debtors' noticing agent, Kurtzman Carson Consultants LLC, at www.kccllc.net/extendedstay or by accessing the Bankruptcy Court's website at www.nysb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

Dated: October 11, 2010
   New York, New York

                /s/ Jacqueline Marcus
                Marcia L. Goldstein
                Jacqueline Marcus
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors and
                Debtors in Possession