# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Extended Stay Inc.    CASE NO.: 09–13764–jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 11
20–1087401

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge James L. Garrity Jr. on April 30, 2015 for administration. Please style all future captions with the appropriate judicial suffix (jlg ).

Dated: April 30, 2015                    Vito Genna
                                         Clerk of the Court