**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X

In re:

EXTENDED STAY INC., et al.,

          Debtors.

------------------------------------------------------X

Case No. 09-13764 (JLG)

Chapter 11

(Jointly Administered)

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES FOR ALL CASE PROFESSIONALS (from case inception through Plan Effective Date):

| Firm | Total Fees Awarded | Total Expenses Awarded |
|---|---|---|
| Weil, Gotshal & Manges LLP | $8,966,432.25 | $305,769.15 |
| Lazard Freres & Co. L.L.C. | $15,610,729.71 | $129,161.97 |
| Covington & Burling LLP | $2,417,094.96 | $95,063.86 |
| PKF Consulting | $104,747.50 | $11,092.39 |
| Ernst & Young LLP | $640,249.80 | $2,878.70 |
| Hahn & Hessen LLP | $4,330,399.00 | $113,698.83 |
| Jefferies & Company, Inc. | $4,712,580.65 | $77,131.46 |
| Jones Lang LaSalle Hotels | $335,050.00 | $16,901.50 |
| Ralph R. Mabey | $219,625.00 | $15,134.59 |
| Stutman, Treister & Glatt Professional Corporation | $3,114,650.00 | $106,535.73 |
| Alvarez & Marsal Dispute Analysis Forensic Services, L.L.C. | $2,499,909.00 | $81,007.44 |
| Official Committee of Unsecured Creditors | N/A | $32,113.35 |

Pursuant to the terms of the Plan, the following distributions have been or will be made:

    Class 1. Priority Claims – payment in full.

Class 2. Mortgage Facility Claim - 100% of the Cash Distribution and the Investor Certificates.

Class 3. ESA UD Mortgage Claim - the New ESA UD Mortgage Note.

Class 4A. Mortgage Facility Deficiency Claim - an interest in the Litigation Trust.

Class 4B. Mezzanine Facilities Claim - an interest in the Litigation Trust – no distributions have or will be made on account of this class.

Class 5. General Unsecured Claims. 80% of the Allowed General Unsecured Claims will be distributed.

Other than the Class 5 distributions there will be no future distributions on account of any claims or interests.

_____

DATE: August 11, 2023

*/s/ Finbarr O'Connor*
Finnbarr O'Connor solely in his capacities as
Plan Administrator and Litigation Trustee